## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **SURGICAL SCIENCE NORTH AMERICA CORPORATION,** | |
| Plaintiff, | |
| | CASE NO. |
| v. | |
| | JUDGE: |
| **SONOSIM, INC.** | |
| Defendant. | DEMAND FOR JURY TRIAL |

### COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Surgical Science North America Corporation ("Surgical Science NA" or "Plaintiff") files this Complaint for Declaratory Judgment of Non-Infringement against Defendant SonoSim, Inc. ("SonoSim" or "Defendant"), and in support of its Complaint alleges as follows:

### NATURE OF THE ACTION

1.      This is an action for a declaratory judgment under 28 U.S.C. §§ 2201 and 2202, seeking a determination that Surgical Science NA's products do not infringe any claims of U.S. Patent Nos. 8,297,983 ("'983 Patent") (Exhibit 1), 8,480,404 ("'404 Patent") (Exhibit 2), 9,870,721 ("'721 Patent") (Exhibit 3), 11,120,709 ("'709 Patent") (Exhibit 4), and 11,627,944 ("'944 Patent") (Exhibit 5) (collectively, the "Patents-in-Suit"). Plaintiff asserts that Defendant, which claims to be the exclusive licensee of the Patents-in-Suit, has wrongfully alleged infringement by various products Plaintiff imports, sells and offers to sell, creating a substantial and immediate controversy warranting judicial resolution.

1

**THE PARTIES**

2.      Surgical Science NA is a corporation formed under the laws of Delaware with a principal, and regular and established, place of business at 23500 Mercantile Rd, Suite F, Beachwood, Ohio 44122, USA.

3.      On information and belief, SonoSim is a corporation formed under the laws of California with a principal place of business at 606 Venice Blvd. #B1100, Venice, CA 90291.

**JURISDICTION AND VENUE**

4.      This action arises under the Declaratory Judgment Act, 28 U.S.C. § 2201, and the patent laws of the United States, 35 U.S.C. § 101 et seq. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 (federal question jurisdiction), 1332 (diversity jurisdiction), and 1338(a) (jurisdiction over patent cases).

5.      An actual controversy exists between Surgical Science NA and SonoSim regarding the alleged infringement of the Patents-in-Suit. This controversy arises from notice letters sent by SonoSim to Surgical Science Sweden AB, the parent company of Surgical Science NA, asserting claims of patent infringement related to products sold by Surgical Science NA in this District and threatening litigation if infringement continues.

6.      Under the Declaratory Judgment Act, 28 U.S.C. § 2201, this Court has jurisdiction to declare the rights and legal relations of the parties concerning the Patents-in-Suit, as there is a substantial controversy of sufficient immediacy and reality between parties with adverse legal interests.

7.      This Court also has personal jurisdiction over SonoSim because SonoSim has purposefully directed its activities toward this District. On information and belief, SonoSim sells its own products in this District through distributors and/or direct sales. Additionally, SonoSim's

2

products are actively used in educational programs within this District, including the Cleveland Clinic School of Health Professions, which incorporates SonoSim learning systems into its curriculum, and the Cleveland Clinic Akron General Emergency Medicine Ultrasound fellowship, which uses both SonoSim and Surgical Science products. (Exhibits 6 and 7.)  These activities demonstrate SonoSim's purposeful availment of the privilege of conducting business in this District. Furthermore, the notice letters sent to Surgical Science Sweden have caused immediate and ongoing harm to Surgical Science NA by creating uncertainty in the marketplace and affecting its ability to sell, offer to sell and market Surgical Science products in this District, establishing sufficient minimum contacts to satisfy due process requirements.

8.      Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this action occurred in this District. The controversy between the parties centers on Plaintiff's Accused Products, which are imported, marketed, offered for sale, and sold from Plaintiff's principal place of business in this District. Defendant's allegations of infringement specifically target products and business activities conducted in this District. Additionally, one or more of the Accused Products is used in educational and medical programs within this District, including Cleveland Clinic Akron General Emergency Medicine Ultrasound fellowship, creating the nexus for the declaratory judgment action in this forum.  (Exhibit 7 (referencing Surgical Science).)

## STATEMENT OF FACTS

9.      On information and belief, SonoSim is the exclusive licensee of the Patents-in-Suit and has the right to enforce and all other substantial rights under the Patents-in-Suit.

10.     On January 15, 2026, SonoSim's counsel sent a cease and desist letter (the "First Notice Letter") to Surgical Science Sweden AB ("Surgical Science Sweden") regarding the five

Patents-in-Suit "for your review and to place Surgical Science on notice [of patent infringement]." That cease and desist letter identified that Surgical Science Sweden AB was "marketing, using, and selling ultrasound training systems, including systems you refer to as Body Works Eve, Heartworks, Babyworks, ScanTrainer, ScanTrainer Compact, and Needle Trainer, that infringe one or more of the Ultrasound Patents."  As used therein, Ultrasound Patents are identified by number as the five Patents-in-Suit.  The letter demanded that Surgical Science Sweden, *inter alia*, "cease and desist" activities relating to "infringing products," provide an accounting, provide complete records relating to "any and all infringing products" and "provide video evidence of the destruction of all inventory of any and all infringing products . . ."  The letter concluded: "Our client has authorized us to vigorously pursue all legal means to enforce its licensed patent against infringers, and we will do so to obtain the full amount of damages afforded under the law and equity and a permanent injunction against you."

11.     On January 23, 2026, Surgical Science Sweden's counsel responded to the First Notice Letter stating, "Surgical Science has asked me to respond to your January 15th letter identifying several patents that SonoSim suggests 'infringe one or more of the Ultrasound Patents.'"  The January 23, 2026 letter includes, *inter alia*, non-infringement arguments relating to United States Patent Nos. 8,480,404 and 8,297,983.

12.     On January 30, 2026, SonoSim's counsel sent a reply letter (the "Second Notice Letter") expressing its disagreement and further stating that, "our client recently came across Surgical Science's Sonography Basic Skills Module which we are adding to the list of infringing products."

13.     Surgical Science NA is the exclusive company responsible for importing, marketing, and selling Surgical Science-branded ultrasound training products in the United States,

including at least the Surgical Science products identified in the First Notice Letter and the Second Notice Letter.

14.     Specifically, SonoSim has alleged that Surgical Science NA's products, including at least its Body Works Eve, Heartworks, Babyworks, ScanTrainer, ScanTrainer Compact, Needle Trainer systems, and the Ultrasound Mentor Sonography Basic Skills Module, infringe the Patents-in-Suit.

15.     The BodyWorks Eve simulator is a Point-of-Care Ultrasound simulator, referred to herein as "BodyWorks Eve POCUS." There is also a Basic Skills Add-On for the BodyWorks Eve simulator that includes additional functionality, referred to herein as "BodyWorks Eve Basic Skills." BodyWorks Eve POCUS and BodyWorks Eve Basic Skills are collectively referred to herein as "BodyWorks Eve."

16.     The BabyWorks simulator is a Point-of-Care Ultrasound simulator, referred to herein as "BabyWorks POCUS." There is also a Basic Skills Add-On for the BabyWorks simulator that includes additional functionality, referred to herein as "BabyWorks Basic Skills." BabyWorks POCUS and BabyWorks Basic Skills are collectively referred to herein as "BabyWorks."

17.     In addition to the ScanTrainer products identified by SonoSim, Surgical Science NA imports, markets and sells an additional ScanTrainer product called ScanTrainer Cloud. ScanTrainer, ScanTrainer Compact and ScanTrainer Cloud are collectively referred to herein as "ScanTrainer."

18.     In addition to the Ultrasound Mentor module identified by SonoSim, Surgical Science NA imports, markets and sells other modules for Ultrasound Mentor. All Ultrasound Mentor modules are collectively referred to herein as "Ultrasound Mentor."

19.     Body Works Eve, Heartworks, Babyworks, ScanTrainer, ScanTrainer Compact, ScanTrainer Cloud, Needle Trainer, Ultrasound Mentor Sonography Basic Skills Modules, and all other Ultrasound Mentor modules are collectively referred to as the "Accused Products."

20.     Surgical Science NA denies that it infringes any claims of the Patents-in-Suit through its activities relating to the Surgical Science-branded Accused Products.

21.     Through its actions and statements, including demands for cessation of business activities, requests for destruction of inventory, and continued assertions of infringement after non-infringement positions were identified to it, SonoSim has created an actual, substantial controversy of sufficient immediacy and reality to warrant the issuance of a declaratory judgment as to whether Surgical Science-branded Accused Products infringe the Patents-in-Suit.

## COUNT ONE
## Declaratory Judgment of Non-Infringement of the '983 Patent

22.     Surgical Science NA repeats and realleges the allegations set forth in paragraphs 1 through 20 as if fully set forth herein.

23.     SonoSim has alleged that Surgical Science-branded Accused Products infringe one or more claims of the '983 patent.

24.     Surgical Science NA has not infringed and does not infringe any claim of the '983 Patent, either directly or indirectly (contributorily or by inducement), literally or under the doctrine of equivalents. The Accused Products do not satisfy one or more elements of each independent claim of the '983 Patent.  Specifically, by way of example and without limitation, the Accused Products lack a data capture module as required by independent claims 1 and 2 of the '983 patent that provides synchronous real-time capture of ultrasound images at a patient's bedside table.  The Accused Products also lack an online storefront as required by independent claims 1 and 2 of the

'983 Patent that provides the user with software technology for navigation of an integrated case volume.

25.    Independent claim 1 of the '983 patent recites the following:

1. An ultrasound training system, the system comprising:

(a) a data capture module, the data capture module comprising software loaded on a laptop computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images, physiologic patient monitoring outputs, scene video, and ultrasound probe motion data at a patient's bedside, the ultrasound images being organized in a volumetric format, the software detecting an ultrasound probe geometry and one or more internal calibration parameters of the ultrasound probe, the software further having computer executable instructions to reconstruct an ultrasound volume and to display at least a portion of the reconstructed ultrasound volume on the display screen of the laptop computer, the data capture module further comprising a tracking device to determine the ultrasound probe motion data and a video camera to capture the scene video, where the corresponding ultrasound images, reconstructed ultrasound volume, physiologic patient monitoring outputs, scene video, ultrasound probe motion data, ultrasound probe geometry, and one or more internal calibration parameters of the ultrasound probe together define one case volume in a data library;

(b) a digital asset management module, the digital asset management module comprising a production data server and one or more relational databases receiving and storing information from the data capture module, the digital asset management module including computer executable instructions to enable collection, archival, retrieval, and transfer of digital assets, the digital assets comprising one or more of the case volumes, the digital asset management module also including computer executable instructions to allow data versioning, data back-up, secure data transfer to the production data server, data post-processing, and data editing;

(c) a validation module; the validation module comprising software having computer executable instructions to manage the upload, storage, and assessment of the case volumes, the software also providing a multi-step assessment process for the reconstructed ultrasound volume to produce a validated case volume, the assessment process including a questionnaire for one or more

7

reviewers, the software further evaluating the reconstructed ultrasound volume for technical viability and educational value, the validation module further informing the one or more reviewers that content is available for review, formatting the available content, and presenting the formatted available content to the one or more reviewers, the formatted available content comprising a video, a simulation volume, a comment field, and a visual metaphor field, the visual metaphor field allowing the reviewer to express an overall impression of the video and the simulation volume;

(d) didactic content, the didactic content comprising a curriculum pertaining to a selected medical topic, in-module questions and answers, and end-of-module questions and answers;

(e) a media asset production module, the media asset production module comprising media elements pertaining to the didactic content, the media elements including medical illustrations and video segments;

(f) an integration layer, the integration layer receiving a validated case volume from the validation module and media elements from the media asset production module, the integration layer comprising a graphical user interface, a video player, and computer executable instructions to allow navigation between the media elements and the validated case volume and to administer to a user one or more interactive quizzes, the integration layer coupling the validated case volume to the media elements to produce an integrated case volume;

(g) an internet-based portal, the internet-based portal comprising an online storefront providing user access to the integrated case volume and software technology for navigation of the integrated case volume;

(h) a software client, the software client managing the download of the integrated case volume from the internet-based portal, the software client connecting periodically to a remote server to retrieve information about available updates; and

(i) a peripheral probe, the peripheral probe comprising a mock ultrasound probe in communication with a computing device of the user, the mock ultrasound probe including a six degree of freedom sensor and a force detection sensor detecting compressive force on the mock ultrasound probe, the peripheral probe allowing the user to navigate the downloaded integrated case volume and thereby simulate an ultrasound imaging session.

26.    Independent claim 2 of the '983 patent recites the following:

2. An ultrasound training system, the system comprising:

(a) a data capture module, the data capture module comprising software loaded on a computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images at a patient's bedside, the ultrasound images being organized in a volumetric format, the software further having computer executable instructions to reconstruct an ultrasound volume and to display at least a portion of the reconstructed ultrasound volume on the display screen of the computer, where the corresponding ultrasound images, reconstructed ultrasound volume, physiologic patient monitoring outputs, scene video, ultrasound probe motion data, ultrasound probe geometry, and one or more internal calibration parameters of the ultrasound probe together define one case volume in a data library;

(b) a digital asset management module, the digital asset management module comprising one or more relational databases receiving and storing information from the data capture module, the digital asset management module including computer executable instructions to enable collection, archival, retrieval, and transfer of digital assets, the digital assets comprising one or more of the case volumes;

(c) a validation module, the validation module comprising software having computer executable instructions to manage the upload, storage, and assessment of the case volumes, the software also providing a multi-step assessment process for the reconstructed ultrasound volume to produce a validated case volume, the assessment process including a questionnaire for one or more reviewers, the validation module further informing the one or more reviewers that content is available for review, formatting the available content, and presenting the formatted available content to the one or more reviewers;

(d) didactic content, the didactic content comprising a curriculum pertaining to a selected medical topic, in-module questions and answers, and end-of-module questions and answers;

(e) a media asset production module, the media asset production module comprising media elements pertaining to the didactic content;

9

(f) an integration layer, the integration layer receiving a validated case volume from the validation module and media elements from the media asset production module, the integration layer comprising a graphical user interface and computer executable instructions to allow navigation between the media elements and the validated case volume and to administer to a user one or more interactive quizzes, the integration layer coupling the validated case volume to the media elements to produce an integrated case volume;

(g) an internet-based portal, the internet-based portal comprising an online storefront providing user access to the integrated case volume and software technology for navigation of the integrated case volume;

(h) a software client, the software client managing the download of the integrated case volume from the internet-based portal; and

(i) a peripheral probe, the peripheral probe comprising a mock ultrasound probe in communication with a computing device of the user, the mock ultrasound probe including a six degree of freedom sensor and a force detection sensor detecting compressive force on the mock ultrasound probe, the peripheral probe allowing the user to navigate the downloaded integrated case volume and thereby simulate an ultrasound imaging session.

27.     The '983 patent claims require an "internet-based portal" comprising an "online storefront." The '983 Patent specification describes specific e-commerce functionality for purchasing and downloading integrated case volumes.  For example, the '983 Patent states, "[t]he interne[t]-based portal includes an online storefront that provides user access to the integrated case volume and didactic content for navigation of the integrated case volume. The software client manages the download of the integrated case volume from the interne[t]-based portal. The software client may also connect periodically to a remote server to retrieve information about available updates."  (Exhibit 1 at 4:19-25.)

28.     The '983 Patent further states, "[a] separate build server securely retrieves assets from the [Digital Asset Management System] 104 and compiles them along with the necessary

10

software into digital bundles ready for delivery through the on-line storefront 114." (Exhibit 1 at 6:32-36.)

29.     The '983 Patent further states, "[t]he described internet-based portal 114, or online store, provides access to integrated didactic instruction, knowledge assessment, and hands-on training modules. Internet users can purchase a personalized selection of didactic instruction and hands-on training content, as well as the software technology necessary for its navigation through the internet-based portal 114. (FIG. 5) Training materials are organized in independent modules, which include hands-on training case volumes and linked didactic instruction. Each training module may be purchased separately, or as part of a collection tailored to a specific user (e.g., an individual nurse) or user group (e.g., cardiologists) preference. The training modules are stored in a secure remote storage server and accessible through an online storefront. When the user purchases content from the online store 114 he or she will receive a software client 116 that manages the download of the purchased training modules and related software and enforces proper use of the content by means of a digital rights managements (DRM) system." (Exhibit 1 at 9:12-30.)

30.     The '983 Patent further states, "[o]nline users place orders through the internet-based portal 114 and a linked online financial interaction application processes the order and accordingly credits the financial accounts of the operator of the disclosed system. The online storefront 114 provides users with the basic capabilities found in modern e-commerce systems. These features include: (1) the ability to browse an extensive online catalog; (2) the ability to process purchases and transactions securely; (3) the ability to create user accounts and define customized profiles; and (4) the ability to download content digitally. The modem e-commerce

system appropriately credits and transfers monies to accounts of the operator of the disclosed system based on previously agreed upon financial arrangements."  (Exhibit 1 at 9:42-54.)

*BodyWorks Eve and BabyWorks*

31.     Independent claim 1 of the '983 Patent requires a data capture module, the data capture module comprising software loaded on a laptop computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images, physiologic patient monitoring outputs, scene video, and ultrasound probe motion data at a patient's bedside.

32.     BodyWorks Eve and BabyWorks do not include a data capture module, the data capture module comprising software loaded on a laptop computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images, physiologic patient monitoring outputs, scene video, and ultrasound probe motion data at a patient's bedside.

33.     Rather, BodyWorks Eve and BabyWorks use ultrasound images captured from ultrasound machines, where the volumes of ultrasound images are exported for later possible use in BodyWorks Eve and BabyWorks.

34.     Similarly, independent claim 2 of the '983 Patent requires a data capture module, the data capture module comprising software loaded on a computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images at a patient's bedside.

35.     BodyWorks Eve and BabyWorks do not include a data capture module comprising software, let alone software loaded on a computer having a display screen, that includes instructions to provide synchronous real-time capture of ultrasound images at a patient's bedside.

36.     Rather, BodyWorks Eve and BabyWorks use ultrasound images captured from ultrasound machines, where the volumes of ultrasound images are exported for later possible use in BodyWorks Eve and BabyWorks.

37.     Independent claims 1 and 2 of the '983 Patent require an internet-based portal, the internet-based portal comprising an online storefront providing user access to the integrated case volume and software technology for navigation of the integrated case volume.

38.     BodyWorks Eve and BabyWorks do not include an internet-based portal, the internet-based portal comprising an online storefront providing user access to the integrated case volume and software technology for navigation of the integrated case volume.

39.     BodyWorks Eve and BabyWorks do not include an online storefront that provides users with the basic capabilities found in modern e-commerce systems including (1) the ability to browse an extensive online catalog; (2) the ability to process purchases and transactions securely; (3) the ability to create user accounts and define customized profiles; and (4) the ability to download content digitally.

40.     BodyWorks Eve and BabyWorks do not include an online storefront where Internet users can purchase a personalized selection of didactic instruction and hands-on training content, or the software technology necessary for its navigation.

41.     BodyWorks Eve and BabyWorks do not include an online storefront from which a user can access software technology for navigation of an integrated case volume.  Software technology is not made available to users for them to download.

42.     Thus, BodyWorks Eve and BabyWorks do not include an internet-based portal comprising an online storefront providing user access to either, let alone both, integrated case volume and software technology for navigation of the integrated case volume, as claimed.

*ScanTrainer*

43.     Independent claim 1 of the '983 Patent requires a data capture module, the data capture module comprising software loaded on a laptop computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images, physiologic patient monitoring outputs, scene video, and ultrasound probe motion data at a patient's bedside.

44.     ScanTrainer does not include a data capture module, the data capture module comprising software loaded on a laptop computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images, physiologic patient monitoring outputs, scene video, and ultrasound probe motion data at a patient's bedside.

45.     Rather, ScanTrainer uses ultrasound images captured from ultrasound machines, where the volumes of ultrasound images are exported for later possible use in ScanTrainer.

46.     Similarly, independent claim 2 of the '983 Patent requires a data capture module, the data capture module comprising software loaded on a computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images at a patient's bedside.

47.     ScanTrainer does not include a data capture module comprising software, let alone software loaded on a computer having a display screen, that includes instructions to provide synchronous real-time capture of ultrasound images at a patient's bedside.

48.     Rather, ScanTrainer uses ultrasound images captured from ultrasound machines, where the volumes of ultrasound images are exported for later possible use in ScanTrainer.

49.     Independent claims 1 and 2 of the '983 Patent require an internet-based portal, the internet-based portal comprising an online storefront providing user access to the integrated case volume and software technology for navigation of the integrated case volume.

50.     ScanTrainer does not include an internet-based portal, the internet-based portal comprising an online storefront providing user access to the integrated case volume and software technology for navigation of the integrated case volume.

51.     ScanTrainer does not include an online storefront that provides users with the basic capabilities found in modern e-commerce systems including (1) the ability to browse an extensive online catalog; (2) the ability to process purchases and transactions securely; (3) the ability to create user accounts and define customized profiles; and (4) the ability to download content digitally.

52.     ScanTrainer does not include an online storefront where Internet users can purchase a personalized selection of didactic instruction and hands-on training content, or the software technology necessary for its navigation.

53.     ScanTrainer does not include an online storefront from which a user can access software technology for navigation of an integrated case volume.  Software technology is not made available to users for them to download.

54.     Thus, ScanTrainer does not include an internet-based portal comprising an online storefront providing user access to either, let alone both, integrated case volume and software technology for navigation of the integrated case volume, as claimed.

*HeartWorks*

55.     Independent claim 1 of the '983 Patent requires a data capture module, the data capture module comprising software loaded on a laptop computer having a display screen, the

15

software having computer executable instructions to provide synchronous real-time capture of ultrasound images, physiologic patient monitoring outputs, scene video, and ultrasound probe motion data at a patient's bedside.

56.     HeartWorks does not include a data capture module, the data capture module comprising software loaded on a laptop computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images, physiologic patient monitoring outputs, scene video, and ultrasound probe motion data at a patient's bedside.

57.     Rather, HeartWorks uses ultrasound images captured from ultrasound machines, where the volumes of ultrasound images are exported for later possible use in HeartWorks.

58.     Similarly, independent claim 2 of the '983 Patent requires a data capture module, the data capture module comprising software loaded on a computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images at a patient's bedside.

59.     HeartWorks does not include a data capture module comprising software, let alone software loaded on a computer having a display screen, that includes instructions to provide synchronous real-time capture of ultrasound images at a patient's bedside.

60.     Rather, HeartWorks uses ultrasound images captured from ultrasound machines, where the volumes of ultrasound images are exported for later possible use in HeartWorks.

61.     Independent claims 1 and 2 of the '983 Patent require an internet-based portal, the internet-based portal comprising an online storefront providing user access to the integrated case volume and software technology for navigation of the integrated case volume.

16

62.     HeartWorks does not include an internet-based portal, the internet-based portal comprising an online storefront providing user access to the integrated case volume and software technology for navigation of the integrated case volume.

63.     HeartWorks does not include an online storefront that provides users with the basic capabilities found in modern e-commerce systems including (1) the ability to browse an extensive online catalog; (2) the ability to process purchases and transactions securely; (3) the ability to create user accounts and define customized profiles; and (4) the ability to download content digitally.

64.     HeartWorks does not include an online storefront where Internet users can purchase a personalized selection of didactic instruction and hands-on training content, or the software technology necessary for its navigation.

65.     HeartWorks does not include an online storefront from which a user can access software technology for navigation of an integrated case volume.  Software technology is not made available to users for them to download.

66.     Thus, HeartWorks does not include an internet-based portal comprising an online storefront providing user access to either, let alone both, integrated case volume and software technology for navigation of the integrated case volume, as claimed.

*NeedleTrainer*

67.     Independent claim 1 of the '983 Patent requires a data capture module, the data capture module comprising software loaded on a laptop computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images, physiologic patient monitoring outputs, scene video, and ultrasound probe motion data at a patient's bedside.

17

68.     NeedleTrainer does not support the capture of ultrasound images organized in a volumetric format. NeedleTrainer cannot reconstruct an ultrasound volume.

69.     Rather, NeedleTrainer is only capable of streaming real-time ultrasound data and probe motion data. User-recorded ultrasound data is not stored on the system and cannot be retrieved from a library.

70.     Similarly, independent claim 2 of the '983 Patent requires a data capture module, the data capture module comprising software loaded on a computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images at a patient's bedside.

71.     NeedleTrainer does not include a data capture module comprising software, let alone software loaded on a computer having a display screen, that includes instructions to provide synchronous real-time capture of ultrasound images at a patient's bedside.

72.     NeedleTrainer does not support the capture of ultrasound images organized in a volumetric format. NeedleTrainer cannot reconstruct an ultrasound volume.

73.     Rather, NeedleTrainer is only capable of streaming real-time ultrasound data and probe motion data. User-recorded ultrasound data is not stored on the system and cannot be retrieved from a library.

74.     Independent claims 1 and 2 of the '983 Patent require an internet-based portal, the internet-based portal comprising an online storefront providing user access to the integrated case volume and software technology for navigation of the integrated case volume.

75.     NeedleTrainer does not include an internet-based portal, the internet-based portal comprising an online storefront providing user access to the integrated case volume and software technology for navigation of the integrated case volume.

18

76.     NeedleTrainer does not include an online storefront that provides users with the basic capabilities found in modern e-commerce systems including (1) the ability to browse an extensive online catalog; (2) the ability to process purchases and transactions securely; (3) the ability to create user accounts and define customized profiles; and (4) the ability to download content digitally.

77.     NeedleTrainer does not include an online storefront where Internet users can purchase a personalized selection of didactic instruction and hands-on training content, or the software technology necessary for its navigation.

78.     NeedleTrainer does not include an online storefront from which a user can access software technology for navigation of an integrated case volume.  Software technology is not made available to users for them to download.

79.     Thus, NeedleTrainer does not include an internet-based portal comprising an online storefront providing user access to either, let alone both, integrated case volume and software technology for navigation of the integrated case volume, as claimed.

*Ultrasound Mentor*

80.     Independent claim 1 of the '983 Patent requires a data capture module, the data capture module comprising software loaded on a laptop computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images, physiologic patient monitoring outputs, scene video, and ultrasound probe motion data at a patient's bedside.

81.     Ultrasound Mentor does not include a data capture module, the data capture module comprising software loaded on a laptop computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images,

19

physiologic patient monitoring outputs, scene video, and ultrasound probe motion data at a patient's bedside.

82.     Rather, Ultrasound Mentor uses ultrasound images captured from ultrasound machines, where the volumes of ultrasound images are exported for later possible use in Ultrasound Mentor.

83.     Similarly, independent claim 2 of the '983 Patent requires a data capture module, the data capture module comprising software loaded on a computer having a display screen, the software having computer executable instructions to provide synchronous real-time capture of ultrasound images at a patient's bedside.

84.     Ultrasound Mentor does not include a data capture module comprising software, let alone software loaded on a computer having a display screen, that includes instructions to provide synchronous real-time capture of ultrasound images at a patient's bedside.

85.     Rather, Ultrasound Mentor uses ultrasound images captured from ultrasound machines, where the volumes of ultrasound images are exported for later possible use in Ultrasound Mentor.

86.     Independent claims 1 and 2 of the '983 Patent require an internet-based portal, the internet-based portal comprising an online storefront providing user access to the integrated case volume and software technology for navigation of the integrated case volume.

87.     Ultrasound Mentor does not include an internet-based portal, the internet-based portal comprising an online storefront providing user access to the integrated case volume and software technology for navigation of the integrated case volume.

88.     Ultrasound Mentor does not include an online storefront that provides users with the basic capabilities found in modern e-commerce systems including (1) the ability to browse an

20

extensive online catalog; (2) the ability to process purchases and transactions securely; (3) the ability to create user accounts and define customized profiles; and (4) the ability to download content digitally.

89.     Ultrasound Mentor does not include an online storefront where Internet users can purchase a personalized selection of didactic instruction and hands-on training content, or the software technology necessary for its navigation.

90.     Ultrasound Mentor does not include an online storefront from which a user can access software technology for navigation of an integrated case volume.  Software technology is not made available to users for them to download.

91.     Thus, Ultrasound Mentor does not include an internet-based portal comprising an online storefront providing user access to either, let alone both, integrated case volume and software technology for navigation of the integrated case volume, as claimed.

*No Infringement of Any Claim of the '983 Patent by Any Accused Product*

92.     Accordingly, at least for the above reasons, Surgical Science-branded Accused Products do not meet each and every limitation of any independent claim of the '983 Patent, and, thus, they do not infringe those claims either literally or under the doctrine of equivalents.

93.     Each remaining claim of the '983 Patent depends, directly or indirectly, from those independent claims.

94.     Because the Surgical Science-branded Accused Products do not infringe the independent claims, they likewise cannot infringe any claim depending from them, either literally or under the doctrine of equivalents.

95.     Accordingly, the Surgical Science-branded Accused Products do not infringe any claim of the '983 Patent.

96.     Surgical Science NA also has not and does not induce infringement of the '983 patent because there is no underlying direct infringement of any claim of the '983 patent for at least the reasons stated above, and also because Surgical Science NA has not acted with specific intent necessary for induced infringement.

97.     Surgical Science NA also does not contributorily infringe the '983 patent because there is no underlying direct infringement of any claim of the '983 patent for at least the reasons stated above, and also because Surgical Science NA did not sell or offer to sell any products "knowing the same to be especially made or especially adapted for use in an infringement of [the '983] patent." 35 U.S.C. § 271(c).

98.     As set forth above, there exists an actual controversy between Surgical Science NA and SonoSim with respect to alleged infringement of the '983 patent of sufficient immediacy and reality to warrant issuance of a declaratory judgment as to whether Surgical Science NA infringes the '983 patent.  Accordingly, Surgical Science NA desires a judicial determination and declaration of the respective rights and duties of the Parties with respect to the '983 patent.

99.     Surgical Science NA is entitled to a judicial determination that Surgical Science NA does not directly infringe, induce others to infringe, or contribute to the infringement of any claim of the '983 patent.  A judicial determination is necessary and appropriate so that Surgical Science NA may ascertain its rights regarding the claims of the '983 patent.

## COUNT TWO
## Declaratory Judgment of Non-Infringement of the '404 Patent

100.    Surgical Science NA repeats and realleges the allegations set forth in paragraphs 1 through 99 as if fully set forth herein.

101.    SonoSim has alleged that Surgical Science-branded Accused Products infringe one or more claims of the '404 patent.

102.    Surgical Science NA has not infringed and does not infringe any claim of the '404
Patent, either directly or indirectly (contributorily or by inducement), literally or under the doctrine
of equivalents. The Accused Products do not satisfy one or more elements of each independent
claim of the '404 Patent. Specifically, by way of example and without limitation; certain Accused
Products do not include simulated images that are modified actual images with the muscle or tissue
layer removed as required by independent claims 1, 3 and 17; certain Accused Products do not
simulate ultrasound-guided medical procedures through system feedback as required by
independent claims 1 and 3; and certain Accused Products do not include a force-feedback device
simulating a medical tool as required by independent claim 17.

103.    Independent claim 1 of the '404 patent recites the following:

> 1. A medical procedure training system for simulating ultrasound,
> imaging and ultrasound-guided medical procedures, the system
> comprising:
>
> a control device;
>
> a graphical interface connected to the control device providing a
> plurality of interface sections, wherein a first interface section
> displays a digital video and a second interface section displays a
> virtual anatomical model and a three-dimensional ultrasound probe
> model, wherein the digital video comprises actual images previously
> recorded by scanning a live subject as well as simulated images, the
> actual images including a depiction of a muscle layer, the simulated
> images being modified actual images, the simulated images
> removing the depiction of the muscle layer from the actual images,
> where the actual images and simulated images are correlated to a
> position of the three-dimensional ultrasound probe model relative to
> the virtual anatomical model; and
>
> a user input device connected to the control device, the user input
> device comprising a motion sensor, the motion sensor detecting a
> position of the input device and a pointing direction of the input
> device,
>
> wherein, the graphical interface displays dynamic actual and
> simulated images corresponding to signals provided by the user

input device, the signals corresponding to a spatial orientation, of the three-dimensional ultrasound probe model in relation to an area of examination of the virtual anatomical model, as determined from the position of the input device and the pointing direction of the input device, and

wherein the system is configured to simulate ultrasound imaging and ultrasound-guided medical procedures through system feedback.

104. Independent claim 3 of the '404 patent recites the following:

3. A medical procedure training system for simulating ultrasound imaging and ultrasound-guided medical procedures, the system comprising:

a control device;

two graphical interfaces connected to the control device, wherein a first graphical interface displays a three-dimensional model and a second graphical interface displays a digital video, the digital video comprising actual images previously recorded by scanning a live subject as well as simulated images, the actual images including a depiction of a muscle layer, the simulated images being modified actual images, the simulated images removing the depiction of the muscle layer from the actual images; and

a user input device connected to the control device, the user input device comprising a motion sensor, the motion sensor detecting a position of the input device and a pointing direction of the input device,

wherein the graphical interface displays dynamic actual and simulated images corresponding to signals provided by the user input device, the signals corresponding to a spatial orientation of the user input device as determined from a position of the input device and a pointing direction of the input device, and
wherein the system is configured to simulate ultrasound imaging and ultrasound-guided medical procedures through system feedback.

105. Independent claim 17 of the '404 patent recites the following:

17. A method of operating a multimodal medical training system, comprising the steps of:

24

selecting a first simulated medical procedure from a library;

displaying images on a graphical interface, the images corresponding to the simulated medical procedure;
receiving a first input from a first user input device, wherein the first user input device is a motion sensor, the motion sensor detecting a position of the input device and a pointing direction of the input device;

processing the first input in relation to the simulated medical procedure;

displaying images corresponding to the first user input device, the first user input device images comprising actual images previously recorded by scanning a live subject as well as simulated images, the actual images including a depiction of a tissue layer, the simulated images being modified actual images, the simulated images removing the depiction of the tissue layer from the actual images, where the actual images and simulated images correspond to the position of the input device and the pointing direction of the input device;

receiving a second input from a second user input device, wherein the second user input device is a force-feedback device simulating a medical tool;

processing the second input in relation to the simulated medical procedure;

modifying and displaying images corresponding to the second user input device;

providing force-feedback signals to the second user input device;
receiving input from the second user input device based upon the force-feedback signals; and

determining whether the simulated medical procedure reached a desired end point.

### **BodyWorks Eve and BabyWorks**

#### *BodyWorks Eve POCUS and BabyWorks POCUS*

106.    Independent claim 1 of the '404 Patent requires a graphical interface connected to

the control device providing a plurality of interface sections, wherein a first interface section

displays a digital video and a second interface section displays a virtual anatomical model and a three-dimensional ultrasound probe model.

107.    BodyWorks Eve POCUS and BabyWorks POCUS do not include a graphical interface with the digital video, virtual anatomical model and three-dimensional ultrasound probe model displayed in the first and second interface section displays, as claimed.

108.    Independent claim 3 of the '404 Patent requires two graphical interfaces connected to the control device, wherein a first graphical interface displays a three-dimensional model and a second graphical interface displays a digital video.

109.    BodyWorks Eve POCUS and BabyWorks POCUS do not include two graphical interfaces with a first graphical interface displaying a three-dimensional model and a second graphical interface displaying a digital video, as claimed.

110.    Independent claim 17 of the '404 Patent requires selecting a first simulated medical procedure from a library.

111.    BodyWorks Eve POCUS and BabyWorks POCUS do not allow for selecting a first simulated medical procedure from a library.

112.    Independent claim 17 of the '404 Patent requires receiving a second input from a second user input device, wherein the second user input device is a force-feedback device simulating a medical tool.

113.    BodyWorks Eve POCUS and BabyWorks POCUS do not include a force-feedback device simulating a medical tool, as claimed.

114.    Independent claim 17 of the '404 Patent requires processing the second input in relation to the simulated medical procedure.

115.    The second input is from a force-feedback device simulating a medical tool.

26

116.    BodyWorks Eve POCUS and BabyWorks POCUS do not include a force-feedback device simulating a medical tool, and therefore do not process a second input in relation to the simulated medical procedure, as claimed.

117.    Independent claim 17 of the '404 Patent requires modifying and displaying images corresponding to the second user input device.

118.    The second input is from a force-feedback device simulating a medical tool.

119.    BodyWorks Eve POCUS and BabyWorks POCUS do not include a force-feedback device simulating a medical tool, and therefore do not modify and display images corresponding to the second user input device, as claimed.

120.    Independent claim 17 of the '404 Patent requires providing force-feedback signals to the second user input device.

121.    BodyWorks Eve POCUS and BabyWorks POCUS do not include a force-feedback device simulating a medical tool, and therefore do not provide force-feedback signals to the second user input device, as claimed.

122.    Independent claim 17 of the '404 Patent requires receiving input from the second user input device based upon the force-feedback signals.

123.    BodyWorks Eve POCUS and BabyWorks POCUS do not include a force-feedback device simulating a medical tool, and therefore do not receive input from the second user input device based upon the force-feedback signals, as claimed.

124.    Independent claim 17 of the '404 Patent requires determining whether the simulated medical procedure reached a desired end point.

125.    BodyWorks Eve POCUS and BabyWorks POCUS do not have a simulated medical procedure that has a desired end point, as claimed.

*BodyWorks Eve Basic Skills and BabyWorks Basic Skills*

126.    Independent claim 1 of the '404 Patent requires that the digital video comprises actual images previously recorded by scanning a live subject as well as simulated images, the actual images including a depiction of a muscle layer, the simulated images being modified actual images, the simulated images removing the depiction of the muscle layer from the actual images, where the actual images and simulated images are correlated to a position of the three-dimensional ultrasound probe model relative to the virtual anatomical model.

127.    BodyWorks Eve Basic Skills and BabyWorks Basic Skills do not feature a digital video that comprises simulated images being modified actual images, the simulated images removing the depiction of the muscle layer from the actual images.

128.    Independent claim 3 of the '404 Patent requires the digital video comprising actual images previously recorded by scanning a live subject as well as simulated images, the actual images including a depiction of a muscle layer, the simulated images being modified actual images, the simulated images removing the depiction of the muscle layer from the actual images.

129.    BodyWorks Eve Basic Skills and BabyWorks Basic Skills do not feature a digital video that comprises simulated images being modified actual images, the simulated images removing the depiction of the muscle layer from the actual images.

130.    Independent claim 17 of the '404 Patent requires selecting a first simulated medical procedure from a library.

131.    BodyWorks Eve Basic Skills and BabyWorks Basic Skills do not allow for selecting a first simulated medical procedure from a library.

132.    Independent claim 17 of the '404 Patent requires displaying images corresponding to the first user input device, the first user input device images comprising actual images previously

28

recorded by scanning a live subject as well as simulated images, the actual images including a depiction of a tissue layer, the simulated images being modified actual images, the simulated images removing the depiction of the tissue layer from the actual images, where the actual images and simulated images correspond to the position of the input device and the pointing direction of the input device.

133. BodyWorks Eve Basic Skills and BabyWorks Basic Skills do not feature simulated images being modified actual images, the simulated images removing the depiction of the tissue layer from the actual images.

134. Independent claim 17 of the '404 Patent requires receiving a second input from a second user input device, wherein the second user input device is a force-feedback device simulating a medical tool.

135. BodyWorks Eve Basic Skills and BabyWorks Basic Skills do not include a force-feedback device simulating a medical tool, as claimed.

136. Independent claim 17 of the '404 Patent requires processing the second input in relation to the simulated medical procedure.

137. The second input is from a force-feedback device simulating a medical tool.

138. BodyWorks Eve Basic Skills and BabyWorks Basic Skills do not include a force-feedback device simulating a medical tool, and therefore do not process a second input in relation to the simulated medical procedure, as claimed.

139. Independent claim 17 of the '404 Patent requires modifying and displaying images corresponding to the second user input device.

140. The second input is from a force-feedback device simulating a medical tool.

141.    BodyWorks Eve Basic Skills and BabyWorks Basic Skills do not include a force-feedback device simulating a medical tool, and therefore do not modify and display images corresponding to the second user input device, as claimed.

142.    Independent claim 17 of the '404 Patent requires providing force-feedback signals to the second user input device.

143.    BodyWorks Eve Basic Skills and BabyWorks Basic Skills do not include a force-feedback device simulating a medical tool, and therefore do not provide force-feedback signals to the second user input device, as claimed.

144.    Independent claim 17 of the '404 Patent requires receiving input from the second user input device based upon the force-feedback signals.

145.    BodyWorks Eve Basic Skills and BabyWorks Basic Skills do not include a force-feedback device simulating a medical tool, and therefore do not receive input from the second user input device based upon the force-feedback signals, as claimed.

146.    Independent claim 17 of the '404 Patent requires determining whether the simulated medical procedure reached a desired end point.

147.    BodyWorks Eve Basic Skills and BabyWorks Basic Skills do not have a simulated medical procedure that has a desired end point, as claimed.

*ScanTrainer*

148.    Independent claim 1 of the '404 Patent requires that the system is configured to simulate ultrasound imaging and ultrasound-guided medical procedures through system feedback.

149.    ScanTrainer is not configured to simulate ultrasound-guided medical procedures through system feedback, as claimed.

30

150.    Independent claim 3 of the '404 Patent requires that the system is configured to simulate ultrasound imaging and ultrasound-guided medical procedures through system feedback.

151.    ScanTrainer is not configured to simulate ultrasound-guided medical procedures through system feedback, as claimed.

152.    Independent claim 17 of the '404 Patent requires selecting a first simulated medical procedure from a library.

153.    ScanTrainer is not configured to select a medical procedure from a library, as claimed.

154.    Independent claim 17 of the '404 Patent requires receiving a second input from a second user input device, wherein the second user input device is a force-feedback device simulating a medical tool.

155.    ScanTrainer does not include a force-feedback device simulating a medical tool, as claimed.

156.    Independent claim 17 of the '404 Patent requires processing the second input in relation to the simulated medical procedure.

157.    The second input is from a force-feedback device simulating a medical tool.

158.    ScanTrainer does not include a force-feedback device simulating a medical tool, and therefore does not process a second input in relation to the simulated medical procedure, as claimed.

159.    Independent claim 17 of the '404 Patent requires modifying and displaying images corresponding to the second user input device.

160.    The second input is from a force-feedback device simulating a medical tool.

161.     ScanTrainer does not include a force-feedback device simulating a medical tool, and therefore does not modify and display images corresponding to the second user input device, as claimed.

162.     Independent claim 17 of the '404 Patent requires providing force-feedback signals to the second user input device.

163.     ScanTrainer does not include a force-feedback device simulating a medical tool, and therefore does not provide force-feedback signals to the second user input device, as claimed.

164.     Independent claim 17 of the '404 Patent requires receiving input from the second user input device based upon the force-feedback signals.

165.     ScanTrainer does not include a force-feedback device simulating a medical tool, and therefore does not receive input from the second user input device based upon the force-feedback signals, as claimed.

166.     Independent claim 17 of the '404 Patent requires determining whether the simulated medical procedure reached a desired end point.

167.     ScanTrainer does not have a simulated medical procedure that has a desired end point, as claimed.

*HeartWorks*

168.     Independent claim 1 of the '404 Patent requires that the digital video comprises actual images previously recorded by scanning a live subject as well as simulated images, the actual images including a depiction of a muscle layer, the simulated images being modified actual images, the simulated images removing the depiction of the muscle layer from the actual images, where the actual images and simulated images are correlated to a position of the three-dimensional ultrasound probe model relative to the virtual anatomical model.

32

169.     HeartWorks does not use actual images previously recorded by scanning a live subject, as claimed.  It also, thus, does not include simulated images being modified actual images, as claimed.

170.     Independent claim 1 of the '404 Patent requires that the system is configured to simulate ultrasound imaging and ultrasound-guided medical procedures through system feedback.

171.     HeartWorks is not configured to simulate ultrasound-guided medical procedures through system feedback, as claimed.

172.     Independent claim 3 of the '404 Patent requires that the digital video actual images previously recorded by scanning a live subject as well as simulated images, the actual images including a depiction of a muscle layer, the simulated images being modified actual images, the simulated images removing the depiction of the muscle layer from the actual images.

173.     HeartWorks does not use actual images previously recorded by scanning a live subject, as claimed.  It also, thus, does not include simulated images being modified actual images, as claimed.

174.     Independent claim 3 of the '404 Patent requires that the system is configured to simulate ultrasound imaging and ultrasound-guided medical procedures through system feedback.

175.     HeartWorks is not configured to simulate ultrasound-guided medical procedures through system feedback, as claimed.

176.     Independent claim 17 of the '404 Patent requires selecting a first simulated medical procedure from a library.

177.     HeartWorks does not allow for selecting a first simulated medical procedure from a library.

178.    Independent claim 17 of the '404 Patent requires displaying images corresponding to the first user input device, the first user input device images comprising actual images previously recorded by scanning a live subject as well as simulated images, the actual images including a depiction of a tissue layer, the simulated images being modified actual images, the simulated images removing the depiction of the tissue layer from the actual images.

179.    HeartWorks does not use actual images previously recorded by scanning a live subject, as claimed.  It also, thus, does not include simulated images being modified actual images, as claimed.

180.    Independent claim 17 of the '404 Patent requires receiving a second input from a second user input device, wherein the second user input device is a force-feedback device simulating a medical tool.

181.    HeartWorks does not include a force-feedback device simulating a medical tool, as claimed.

182.    Independent claim 17 of the '404 Patent requires processing the second input in relation to the simulated medical procedure.

183.    The second input is from a force-feedback device simulating a medical tool.

184.    HeartWorks does not include a force-feedback device simulating a medical tool, and therefore does not process a second input in relation to the simulated medical procedure, as claimed.

185.    Independent claim 17 of the '404 Patent requires modifying and displaying images corresponding to the second user input device.

186.    The second input is from a force-feedback device simulating a medical tool.

187. HeartWorks does not include a force-feedback device simulating a medical tool, and therefore does not modify and display images corresponding to the second user input device, as claimed.

188. Independent claim 17 of the '404 Patent requires providing force-feedback signals to the second user input device.

189. HeartWorks does not include a force-feedback device simulating a medical tool, and therefore does not provide force-feedback signals to the second user input device, as claimed.

190. Independent claim 17 of the '404 Patent requires receiving input from the second user input device based upon the force-feedback signals.

191. HeartWorks does not include a force-feedback device simulating a medical tool, and therefore does not receive input from the second user input device based upon the force-feedback signals, as claimed.

192. Independent claim 17 of the '404 Patent requires determining whether the simulated medical procedure reached a desired end point.

193. HeartWorks does not have a simulated medical procedure that has a desired end point, as claimed.

*NeedleTrainer*

194. Independent claim 1 of the '404 Patent requires that the digital video comprises actual images previously recorded by scanning a live subject as well as simulated images, the actual images including a depiction of a muscle layer, the simulated images being modified actual images, the simulated images removing the depiction of the muscle layer from the actual images, where the actual images and simulated images are correlated to a position of the three-dimensional ultrasound probe model relative to the virtual anatomical model.

35

195.    NeedleTrainer does not feature a digital video that comprises simulated images being modified actual images, the simulated images removing the depiction of the muscle layer from the actual images.

196.    Independent claim 3 of the '404 Patent requires two graphical interfaces connected to the control device, wherein a first graphical interface displays a three-dimensional model and a second graphical interface displays a digital video.

197.    NeedleTrainer does not include two graphical interfaces with a first graphical interface displaying a three-dimensional model and a second graphical interface displaying a digital video, as claimed.

198.    Independent claim 3 of the '404 Patent requires that the digital video actual images previously recorded by scanning a live subject as well as simulated images, the actual images including a depiction of a muscle layer, the simulated images being modified actual images, the simulated images removing the depiction of the muscle layer from the actual images.

199.    NeedleTrainer does not feature a digital video that comprises simulated images being modified actual images, the simulated images removing the depiction of the muscle layer from the actual images.

200.    Independent claim 17 of the '404 Patent requires displaying images corresponding to the first user input device, the first user input device images comprising actual images previously recorded by scanning a live subject as well as simulated images, the actual images including a depiction of a tissue layer, the simulated images being modified actual images, the simulated images removing the depiction of the tissue layer from the actual images.

201.    NeedleTrainer does not display simulated images being modified actual images, the simulated images removing the depiction of the tissue layer from the actual images.

36

202.     Independent claim 17 of the '404 Patent requires receiving a second input from a second user input device, wherein the second user input device is a force-feedback device simulating a medical tool.

203.     NeedleTrainer does not include a force-feedback device simulating a medical tool, as claimed.

204.     Independent claim 17 of the '404 Patent requires processing the second input in relation to the simulated medical procedure.

205.     The second input is from a force-feedback device simulating a medical tool.

206.     NeedleTrainer does not include a force-feedback device simulating a medical tool, and therefore does not process a second input in relation to the simulated medical procedure, as claimed.

207.     Independent claim 17 of the '404 Patent requires modifying and displaying images corresponding to the second user input device.

208.     The second input is from a force-feedback device simulating a medical tool.

209.     NeedleTrainer does not include a force-feedback device simulating a medical tool, and therefore does not modify and display images corresponding to the second user input device, as claimed.

210.     Independent claim 17 of the '404 Patent requires providing force-feedback signals to the second user input device.

211.     NeedleTrainer does not include a force-feedback device simulating a medical tool, and therefore does not provide force-feedback signals to the second user input device, as claimed.

212.     Independent claim 17 of the '404 Patent requires receiving input from the second user input device based upon the force-feedback signals.

37

213.     NeedleTrainer does not include a force-feedback device simulating a medical tool, and therefore does not receive input from the second user input device based upon the force-feedback signals, as claimed.

214.     Independent claim 17 of the '404 Patent requires determining whether the simulated medical procedure reached a desired end point.

215.     NeedleTrainer does not have a simulated medical procedure that has a desired end point, as claimed.

<em>Ultrasound Mentor</em>

216.     Independent claim 1 of the '404 Patent requires that the digital video comprises actual images previously recorded by scanning a live subject as well as simulated images, the actual images including a depiction of a muscle layer, the simulated images being modified actual images, the simulated images removing the depiction of the muscle layer from the actual images, where the actual images and simulated images are correlated to a position of the three-dimensional ultrasound probe model relative to the virtual anatomical model.

217.     All simulated images in Ultrasound Mentor are computer generated and not modified actual images, as claimed.

218.     Further, Ultrasound Mentor does not use both actual images previously recorded by scanning a live subject and simulated images being modified actual images in the same case and, thus, does not include digital video that comprises actual images and simulated images, as claimed.

219.     Independent claim 3 of the '404 Patent requires that the digital video comprising actual images previously recorded by scanning a live subject as well as simulated images, the

actual images including a depiction of a muscle layer, the simulated images being modified actual images, the simulated images removing the depiction of the muscle layer from the actual images.

220.   All simulated images in Ultrasound Mentor are computer generated and not modified actual images, as claimed.

221.   Further, Ultrasound Mentor does not use both actual images previously recorded by scanning a live subject and simulated images being modified actual images in the same case and, thus, does not include digital video that comprises actual images and simulated images, as claimed.

222.   Independent claim 17 of the '404 Patent requires displaying images corresponding to the first user input device, the first user input device images comprising actual images previously recorded by scanning a live subject as well as simulated images, the actual images including a depiction of a tissue layer, the simulated images being modified actual images, the simulated images removing the depiction of the tissue layer from the actual images.

223.   All simulated images in Ultrasound Mentor are computer generated and not modified actual images, as claimed.

224.   Further, there are no simulated images in Ultrasound Mentor removing the depiction of the tissue layer from actual images.

225.   Still further, Ultrasound Mentor does not use both actual images previously recorded by scanning a live subject and simulated images being modified actual images in the same case, as claimed.

226.   Independent claim 17 of the '404 Patent requires receiving a second input from a second user input device, wherein the second user input device is a force-feedback device simulating a medical tool.

227.    Ultrasound Mentor does not include a force-feedback device simulating a medical tool, as claimed.

228.    Independent claim 17 of the '404 Patent requires processing the second input in relation to the simulated medical procedure.

229.    The second input is from a force-feedback device simulating a medical tool.

230.    Ultrasound Mentor does not include a force-feedback device simulating a medical tool, and therefore does not process a second input in relation to the simulated medical procedure, as claimed.

231.    Independent claim 17 of the '404 Patent requires modifying and displaying images corresponding to the second user input device.

232.    The second input is from a force-feedback device simulating a medical tool.

233.    Ultrasound Mentor does not include a force-feedback device simulating a medical tool, and therefore does not modify and display images corresponding to the second user input device, as claimed.

234.    Independent claim 17 of the '404 Patent requires providing force-feedback signals to the second user input device.

235.    Ultrasound Mentor does not include a force-feedback device simulating a medical tool, and therefore does not provide force-feedback signals to the second user input device, as claimed.

236.    Independent claim 17 of the '404 Patent requires receiving input from the second user input device based upon the force-feedback signals.

237. Ultrasound Mentor does not include a force-feedback device simulating a medical tool, and therefore does not receive input from the second user input device based upon the force-feedback signals, as claimed.

*No Infringement of Any Claim of the '404 Patent by Any Accused Product*

238. Accordingly, at least for the above reasons, Surgical Science-branded Accused Products do not meet each and every limitation of any independent claim of the '404 Patent, and, thus, they do not infringe those claims either literally or under the doctrine of equivalents.

239. Each remaining claim of the '404 Patent depends, directly or indirectly, from those independent claims.

240. Because the Surgical Science-branded Accused Products do not infringe the independent claims, they likewise cannot infringe any claim depending from them, either literally or under the doctrine of equivalents.

241. Accordingly, the Surgical Science-branded Accused Products do not infringe any claim of the '404 Patent.

242. Surgical Science NA also has not and does not induce infringement of the '404 patent because there is no underlying direct infringement of any claim of the '404 patent for at least the reasons stated above, and also because Surgical Science NA has not acted with specific intent necessary for induced infringement.

243. Surgical Science NA also does not contributorily infringe the '404 patent because there is no underlying direct infringement of any claim of the '404 patent for at least the reasons stated above, and also because Surgical Science NA did not sell or offer to sell any products "knowing the same to be especially made or especially adapted for use in an infringement of [the '404] patent." 35 U.S.C. § 271(c).

41

244. As set forth above, there exists an actual controversy between Surgical Science NA and SonoSim with respect to alleged infringement of the '404 patent of sufficient immediacy and reality to warrant issuance of a declaratory judgment as to whether Surgical Science NA infringes the '404 patent. Accordingly, Surgical Science NA desires a judicial determination and declaration of the respective rights and duties of the Parties with respect to the '404 patent.

245. Surgical Science NA is entitled to a judicial determination that Surgical Science NA does not directly infringe, induce others to infringe, or contribute to the infringement of any claim of the '404 patent. A judicial determination is necessary and appropriate so that Surgical Science NA may ascertain its rights regarding the claims of the '404 patent.

**COUNT THREE**
**Declaratory Judgment of Non-Infringement of the '721 Patent**

246. Surgical Science NA repeats and realleges the allegations set forth in paragraphs 1 through 245 as if fully set forth herein.

247. SonoSim has alleged that Surgical Science-branded Accused Products infringe one or more claims of the '721 patent.

248. Surgical Science NA has not infringed and does not infringe any claim of the '721 Patent either directly or indirectly (contributorily or by inducement), literally or under the doctrine of equivalents. The Accused Products do not satisfy one or more elements of each independent claim of the '721 Patent. Specifically, by way of example and without limitation, the Accused Products do not include a display device for displaying, during operation, a menu of virtual basic shapes in a first window/portion, a menu of available virtual transducer probes in a second window/portion, a virtual ultrasound probe and a simulated environment in a third window/portion, and a 2D image of a section representing an ultrasound slice in a fourth window/portion, as required by independent claims 1 and 10.

249.    Independent claim 1 of the '721 patent recites the following:

1. A method for teaching practitioners basic ultrasound skills, comprising:

a. providing a training simulator system, comprising:

i. an input device to control a virtual ultrasound probe that lets a practitioner determine a position and an orientation of the virtual ultrasound probe proportionate to the position and the orientation of the input device, wherein the input device is a motion-sensing device in the form of a transducer frame that mimics a real ultrasound probe,

ii. an apparatus containing an object having a basic shape that is scanned by the input device, the basic shape representing an abstraction of an anatomical part;

iii. a display device comprising a plurality of windows for displaying, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, the virtual ultrasound probe and a simulated environment in a third window, and a 2D image of a section representing an ultrasound slice in a fourth window;

b. receiving a user selection of one virtual basic shape from the menu of virtual basic shapes that corresponds with the basic shape of the object within the apparatus, and receiving a user selection of one available virtual transducer probe from the menu of available virtual transducer probes, which corresponds to the input device and the virtual ultrasound probe controlled by the input device;

c. displaying the virtual ultrasound probe corresponding to the available virtual transducer probe selected and the selected virtual basic shape on the third window of the display device, wherein a scanning plane is emitted from the virtual ultrasound probe through the simulated environment for visualizing a location, a direction, and an orientation of a virtual sound wave;

d. using the input device in combination with the apparatus to detect the basic shape of the object in the apparatus, wherein the basic shape is selected from a group consisting of cones, conic sections, spheres, cylinders, tubes, crossing tubes, and bifurcating tubes;

e. receiving instructions from the input device to manipulate the position and the orientation of the virtual ultrasound probe relative

to the virtual basic shape to define the ultrasound slice through the virtual basic shape by the scanning plane, wherein movement of the virtual ultrasound probe in three dimensions correlates with movement of the input device in three dimensions; and

f. displaying in the fourth window of the display device simultaneously with displaying the virtual probe on the third window of the display device, the 2D image of a section of the virtual basic shape defined based on the scanning plane as manipulated by the input device.

250.    Independent claim 10 of the '721 patent recites the following:

10. A system for teaching a practitioner basic ultrasound skills, comprising:

a. an input device to control a virtual ultrasound probe that lets a practitioner define a position and an orientation of the virtual ultrasound probe, wherein the input device is a motion-sensing device in the form of a transducer frame that mimics a real ultrasound probe;

b. an apparatus containing an object having a basic shape, the basic shape representing an abstraction of an anatomical part;

c. a display device for displaying, during operation, a menu of virtual basic shapes in a first portion, a menu of available virtual transducer probes in a second portion, a virtual ultrasound probe and a simulated environment in a third portion, and a 2D image of a section representing an ultrasound slice in a fourth portion, wherein the input device controls movement of the virtual ultrasound probe on the display device;

d. a processor; and

e. a memory operatively coupled to the processor, the memory storing program instructions that when executed by the processor performs operations to:

i. display the menu of virtual basic shapes in the first portion of the display device, display the menu of available virtual transducer probes in the second portion of the display device from which a user can select to represent the virtual ultrasound probe, display the selected virtual ultrasound probe in the third portion of the display device, the virtual ultrasound probe emitting a scanning plane from

the virtual ultrasound probe for visualizing a location, a direction, and an orientation of a virtual sound wave;

ii. detect the basic shape of the object in the apparatus that is scanned by the input device, the basic shape selected from a group consisting of cones, conic sections, spheres, cylinders, tubes, crossing tubes, and bifurcating tubes, wherein the basic shape corresponds with one virtual basic shape selected from the menu of virtual basic shapes;

iii. display the selected virtual basic shape in the third portion of the display device;

iv. receive instruction from the input device to manipulate the position and the orientation of the virtual ultrasound probe relative to the virtual basic shape to define an ultrasound slice through the virtual basic shape by the scanning, wherein movement of the virtual ultrasound probe in three dimensions correlates with movement of the input device in three dimensions; and

v. display the 2D image of the section of the virtual basic shape defined by the ultrasound slice in the fourth portion of the display device.

### *BodyWorks Eve POCUS and BabyWorks POCUS*

251.    Independent claim 1 of the '721 Patent requires a display device comprising a plurality of windows for displaying, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, the virtual ultrasound probe and a simulated environment in a third window, and a 2D image of a section representing an ultrasound slice in a fourth window.

252.    BodyWorks Eve POCUS and BabyWorks POCUS do not include a display device that displays, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, the virtual ultrasound probe and a simulated environment in a third window, and a 2D image of a section representing an ultrasound slice in a fourth window, as claimed.

45

253.    Independent claim 1 of the '721 Patent requires receiving a user selection of one virtual basic shape from the menu of virtual basic shapes that corresponds with the basic shape of the object within the apparatus, and receiving a user selection of one available virtual transducer probe from the menu of available virtual transducer probes, which corresponds to the input device and the virtual ultrasound probe controlled by the input device.

254.    In BodyWorks Eve POCUS and BabyWorks POCUS, the user is not able to select a basic shape from a menu of virtual basic shapes.

255.    Independent claim 10 of the '721 Patent requires a display device for displaying, during operation, a menu of virtual basic shapes in a first portion, a menu of available virtual transducer probes in a second portion, a virtual ultrasound probe and a simulated environment in a third portion, and a 2D image of a section representing an ultrasound slice in a fourth portion.

256.    BodyWorks Eve POCUS and BabyWorks POCUS do not include a display device that displays, during operation, a menu of virtual basic shapes in a first portion, a menu of available virtual transducer probes in a second portion, a virtual ultrasound probe and a simulated environment in a third portion, and a 2D image of a section representing an ultrasound slice in a fourth portion, as claimed.

*BodyWorks Eve Basic Skills and BabyWorks Basic Skills*

257.    Independent claim 1 of the '721 Patent requires a display device comprising a plurality of windows for displaying, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, the virtual ultrasound probe and a simulated environment in a third window, and a 2D image of a section representing an ultrasound slice in a fourth window.

258.   BodyWorks Eve Basic Skills and BabyWorks Basic Skills do not include a display device that displays, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, the virtual ultrasound probe and a simulated environment in a third window, and a 2D image of a section representing an ultrasound slice in a fourth window, as claimed.

259.   Independent claim 1 of the '721 Patent requires receiving a user selection of one virtual basic shape from the menu of virtual basic shapes that corresponds with the basic shape of the object within the apparatus, and receiving a user selection of one available virtual transducer probe from the menu of available virtual transducer probes, which corresponds to the input device and the virtual ultrasound probe controlled by the input device.

260.   In BodyWorks Eve Basic Skills and BabyWorks Basic Skills, the user is not able to select a basic shape from a menu of virtual basic shapes.

261.   Independent claim 1 of the '721 Patent requires displaying the virtual ultrasound probe corresponding to the available virtual transducer probe selected and the selected virtual basic shape on the third window of the display device, wherein a scanning plane is emitted from the virtual ultrasound probe through the simulated environment for visualizing a location, a direction, and an orientation of a virtual sound wave.

262.   In BodyWorks Eve Basic Skills and BabyWorks Basic Skills, the user is not able to select which transducer probe they scan with.

263.   Independent claim 10 of the '721 Patent requires a display device for displaying, during operation, a menu of virtual basic shapes in a first portion, a menu of available virtual transducer probes in a second portion, a virtual ultrasound probe and a simulated environment in a third portion, and a 2D image of a section representing an ultrasound slice in a fourth portion.

47

264. BodyWorks Eve Basic Skills and BabyWorks Basic Skills do not include a display device that displays, during operation, a menu of virtual basic shapes in a first portion, a menu of available virtual transducer probes in a second portion, a virtual ultrasound probe and a simulated environment in a third portion, and a 2D image of a section representing an ultrasound slice in a fourth portion, as claimed.

*ScanTrainer*

265. Independent claim 1 of the '721 Patent requires a display device comprising a plurality of windows for displaying, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, the virtual ultrasound probe and a simulated environment in a third window, and a 2D image of a section representing an ultrasound slice in a fourth window.

266. ScanTrainer does not include a display device that displays, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, the virtual ultrasound probe and a simulated environment in a third window, and a 2D image of a section representing an ultrasound slice in a fourth window, as claimed.

267. Independent claim 10 of the '721 Patent requires a display device for displaying, during operation, a menu of virtual basic shapes in a first portion, a menu of available virtual transducer probes in a second portion, a virtual ultrasound probe and a simulated environment in a third portion, and a 2D image of a section representing an ultrasound slice in a fourth portion.

268. ScanTrainer does not include a display device that displays, during operation, a menu of virtual basic shapes in a first portion, a menu of available virtual transducer probes in a second portion, a virtual ultrasound probe and a simulated environment in a third portion, and a 2D image of a section representing an ultrasound slice in a fourth portion, as claimed.

*HeartWorks*

269.    Independent claim 1 of the '721 Patent requires a display device comprising a plurality of windows for displaying, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, the virtual ultrasound probe and a simulated environment in a third window, and a 2D image of a section representing an ultrasound slice in a fourth window.

270.    HeartWorks does not include a display device that displays, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, the virtual ultrasound probe and a simulated environment in a third window, and a 2D image of a section representing an ultrasound slice in a fourth window, as claimed.

271.    Independent claim 10 of the '721 Patent requires a display device for displaying, during operation, a menu of virtual basic shapes in a first portion, a menu of available virtual transducer probes in a second portion, a virtual ultrasound probe and a simulated environment in a third portion, and a 2D image of a section representing an ultrasound slice in a fourth portion.

272.    HeartWorks does not include a display device that displays, during operation, a menu of virtual basic shapes in a first portion, a menu of available virtual transducer probes in a second portion, a virtual ultrasound probe and a simulated environment in a third portion, and a 2D image of a section representing an ultrasound slice in a fourth portion, as claimed.

*NeedleTrainer*

273.    Independent claim 1 of the '721 Patent requires a display device comprising a plurality of windows for displaying, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, the virtual ultrasound

probe and a simulated environment in a third window, and a 2D image of a section representing an ultrasound slice in a fourth window.

274.    NeedleTrainer does not include a display device that displays, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, the virtual ultrasound probe and a simulated environment in a third window, and a 2D image of a section representing an ultrasound slice in a fourth window, as claimed.

275.    Independent claim 10 of the '721 Patent requires an apparatus containing an object having a basic shape, the basic shape representing an abstraction of an anatomical part.

276.    NeedleTrainer does not feature any basic shapes, as claimed.

277.    Independent claim 10 of the '721 Patent requires a display device for displaying, during operation, a menu of virtual basic shapes in a first portion, a menu of available virtual transducer probes in a second portion, a virtual ultrasound probe and a simulated environment in a third portion, and a 2D image of a section representing an ultrasound slice in a fourth portion.

278.    NeedleTrainer does not include a display device that displays, during operation, a menu of virtual basic shapes in a first portion, a menu of available virtual transducer probes in a second portion, a virtual ultrasound probe and a simulated environment in a third portion, and a 2D image of a section representing an ultrasound slice in a fourth portion, as claimed.

### *Ultrasound Mentor*

279.    Independent claim 1 of the '721 Patent requires a display device comprising a plurality of windows for displaying, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, the virtual ultrasound probe and a simulated environment in a third window, and a 2D image of a section representing an ultrasound slice in a fourth window.

280.    Ultrasound Mentor does not include a display device that displays, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, the virtual ultrasound probe and a simulated environment in a third window, and a 2D image of a section representing an ultrasound slice in a fourth window, as claimed.

281.    Independent claim 10 of the '721 Patent requires a display device for displaying, during operation, a menu of virtual basic shapes in a first portion, a menu of available virtual transducer probes in a second portion, a virtual ultrasound probe and a simulated environment in a third portion, and a 2D image of a section representing an ultrasound slice in a fourth portion.

282.    Ultrasound Mentor does not include a display device that displays, during operation, a menu of virtual basic shapes in a first portion, a menu of available virtual transducer probes in a second portion, a virtual ultrasound probe and a simulated environment in a third portion, and a 2D image of a section representing an ultrasound slice in a fourth portion, as claimed.

*No Infringement of Any Claim of the '721 Patent by Any Accused Product*

283.    Accordingly, at least for the above reasons, Surgical Science-branded Accused Products do not meet each and every limitation of any independent claim of the '721 Patent, and, thus, they do not infringe those claims either literally or under the doctrine of equivalents.

284.    Each remaining claim of the '721 Patent depends, directly or indirectly, from those independent claims.

285.    Because the Surgical Science-branded Accused Products do not infringe the independent claims, they likewise cannot infringe any claim depending from them, either literally or under the doctrine of equivalents.

286.    Accordingly, the Surgical Science-branded Accused Products do not infringe any claim of the '721 Patent.

287.    Surgical Science NA also has not and does not induce infringement of the '721 patent because there is no underlying direct infringement of any claim of the '721 patent for at least the reasons stated above, and also because Surgical Science NA has not acted with specific intent necessary for induced infringement.

288.    Surgical Science NA also does not contributorily infringe the '721 patent because there is no underlying direct infringement of any claim of the '721 patent for at least the reasons stated above, and also because Surgical Science NA did not sell or offer to sell any products "knowing the same to be especially made or especially adapted for use in an infringement of [the '721] patent." 35 U.S.C. § 271(c).

289.    As set forth above, there exists an actual controversy between Surgical Science NA and SonoSim with respect to alleged infringement of the '721 patent of sufficient immediacy and reality to warrant issuance of a declaratory judgment as to whether Surgical Science NA infringes the '721 patent.  Accordingly, Surgical Science NA desires a judicial determination and declaration of the respective rights and duties of the Parties with respect to the '721 patent.

290.    Surgical Science NA is entitled to a judicial determination that Surgical Science NA does not directly infringe, induce others to infringe, or contribute to the infringement of any claim of the '721 patent.  A judicial determination is necessary and appropriate so that Surgical Science NA may ascertain its rights regarding the claims of the '721 patent.

**COUNT FOUR**
**Declaratory Judgment of Non-Infringement of the '709 Patent**

291.    Surgical Science NA repeats and realleges the allegations set forth in paragraphs 1 through 290 as if fully set forth herein.

292. SonoSim has alleged that Surgical Science-branded Accused Products infringe one or more claims of the '709 patent.

293. Surgical Science NA has not infringed and does not infringe any claim of the '709 Patent either directly or indirectly (contributorily or by inducement), literally or under the doctrine of equivalents. The Accused Products do not satisfy one or more elements of each independent claim of the '709 Patent. Specifically, by way of example and without limitation, the Accused Products do not include an input device that comprises a motion sensing device, wherein the motion sensing device comprises an accelerometer, as required by independent claims 1 and 14.

294. Independent claim 1 of the '709 patent recites the following:

1. A method for teaching a user basic ultrasound skills, comprising:

a. providing a training simulator system, comprising:

i. an input device to control a position and an orientation of a virtual ultrasound probe, wherein the input device is in the form of a transducer frame, and the input device comprises a motion sensing device, the motion sensing device configured to detect movement and orientation of the input device, wherein the motion sensing device comprises an accelerometer, and

ii. a display device comprising a plurality of windows for displaying, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, and the virtual ultrasound probe in a third window;

b. receiving a selection of a basic shape for an object from the menu of virtual basic shapes, wherein the object represents an abstraction of an anatomical part;

c. generating the basic shape of the object in the third window;

d. receiving a selection of one available virtual transducer probe from the menu of available virtual transducer probes;

e. displaying the virtual ultrasound probe controlled by the input device in the third window based on the selection of the one available virtual transducer probe;

f. displaying a scanning plane emitting from the virtual ultrasound probe for visualizing a location, a direction, and an orientation of a virtual sound wave emitted from the virtual ultrasound probe;

g. receiving instructions from the input device to manipulate the position and the orientation of the virtual ultrasound probe relative to the object to define an ultrasound slice through the object by the scanning plane, wherein movement of the virtual ultrasound probe in three dimensions correlates with movement of the input device in three dimensions; and

h. displaying in a fourth window in the display device simultaneously with displaying the virtual ultrasound probe in the third window of the display device, a 2D image of a section of the object represented at the ultrasound slice based on the scanning plane.

295.     Independent claim 14 of the '709 patent recites the following:

14. A system for teaching a user basic ultrasound skills, comprising:

a. an input device to control a virtual ultrasound probe that lets the user define a position and an orientation of the virtual ultrasound probe, wherein the input device is in the form of a transducer frame that mimics a real ultrasound probe, and the input device comprises a motion sensing device, the motion sensing device configured to detect movement and orientation of the input device, wherein the motion sensing device comprises an accelerometer;

b. an apparatus containing an object having a basic shape, the basic shape representing an abstraction of an anatomical part;

c. a display device for displaying, during operation, a menu of virtual basic shapes in a first portion of the display device, a menu of available virtual transducer probes in a second portion of the display device, a virtual ultrasound probe in a third portion of the display device, and a 2D image of a section of an object in a fourth portion of the display device, the object having a basic shape representing an abstraction of an anatomical part, wherein the input device controls movement of the virtual ultrasound probe on the display device;

d. a processor; and

e. a memory operatively coupled to the processor, the memory storing program instructions that when executed by the processor performs operations to:

i. display the menu of virtual basic shapes in the first portion of the display device, display the menu of available virtual transducer probes in the second portion of the display device from which the user can select to represent the virtual ultrasound probe, display the selected virtual ultrasound probe in the third portion of the display device, the virtual ultrasound probe emitting a scanning plane from the virtual ultrasound probe for visualizing a location, a direction, and an orientation of a virtual sound wave;

ii. detect the basic shape of the object that is scanned by the virtual ultrasound probe, wherein the basic shape corresponds with one virtual basic shape selected from the menu of virtual basic shapes;

iii. receive instruction from the input device to manipulate the position and the orientation of the virtual ultrasound probe relative to the object to define an ultrasound slice through the virtual basic shape by the scanning, wherein movement of the virtual ultrasound probe in three dimensions correlates with movement of the input device in three dimensions; and
iv. display the 2D image of the section of the object in the fourth portion of the display device, the 2D image representing the section taken at the ultrasound slice.

### *BodyWorks Eve and BabyWorks*

296.    Independent claim 1 of the '709 Patent requires an input device to control a position and an orientation of a virtual ultrasound probe, wherein the input device is in the form of a transducer frame, and the input device comprises a motion sensing device, the motion sensing device configured to detect movement and orientation of the input device, wherein the motion sensing device comprises an accelerometer.

297.    BodyWorks Eve and BabyWorks do not include a motion sensing device that comprises an accelerometer, as claimed.

298.    Independent claim 1 of the '709 Patent requires a display device comprising a plurality of windows for displaying, during operation, a menu of virtual basic shapes in a first

window, a menu of available virtual transducer probes in a second window, and the virtual ultrasound probe in a third window.

299. BodyWorks Eve and BabyWorks do not include a display device that displays, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, and the virtual ultrasound probe in a third window, as claimed.

300. Independent claim 14 of the '709 Patent requires an input device to control a virtual ultrasound probe that lets the user define a position and an orientation of the virtual ultrasound probe, wherein the input device is in the form of a transducer frame that mimics a real ultrasound probe, and the input device comprises a motion sensing device, the motion sensing device configured to detect movement and orientation of the input device, wherein the motion sensing device comprises an accelerometer.

301. BodyWorks Eve and BabyWorks do not include a motion sensing device that comprises an accelerometer, as claimed.

302. Independent claim 14 of the '709 Patent requires a display device for displaying, during operation, a menu of virtual basic shapes in a first portion of the display device, a menu of available virtual transducer probes in a second portion of the display device, a virtual ultrasound probe in a third portion of the display device, and a 2D image of a section of an object in a fourth portion of the display device, the object having a basic shape representing an abstraction of an anatomical part, wherein the input device controls movement of the virtual ultrasound probe on the display device.

303. BodyWorks Eve and BabyWorks do not include a display device that displays, during operation, a menu of virtual basic shapes in a first portion of the display device, a menu of

56

available virtual transducer probes in a second portion of the display device, a virtual ultrasound probe in a third portion of the display device, and a 2D image of a section of an object in a fourth portion of the display device, the object having a basic shape representing an abstraction of an anatomical part, wherein the input device controls movement of the virtual ultrasound probe on the display device, as claimed.

<em>ScanTrainer</em>

304.     Independent claim 1 of the '709 Patent requires an input device to control a position and an orientation of a virtual ultrasound probe, wherein the input device is in the form of a transducer frame, and the input device comprises a motion sensing device, the motion sensing device configured to detect movement and orientation of the input device, wherein the motion sensing device comprises an accelerometer.

305.     ScanTrainer does not include a motion sensing device that comprises an accelerometer, as claimed.

306.     Independent claim 1 of the '709 Patent requires a display device comprising a plurality of windows for displaying, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, and the virtual ultrasound probe in a third window.

307.     ScanTrainer does not include a display device that displays, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, and the virtual ultrasound probe in a third window, as claimed.

308.     Independent claim 14 of the '709 Patent requires an input device to control a virtual ultrasound probe that lets the user define a position and an orientation of the virtual ultrasound probe, wherein the input device is in the form of a transducer frame that mimics a real ultrasound

57

probe, and the input device comprises a motion sensing device, the motion sensing device configured to detect movement and orientation of the input device, wherein the motion sensing device comprises an accelerometer.

309.    ScanTrainer does not include a motion sensing device that comprises an accelerometer, as claimed.

310.    Independent claim 14 of the '709 Patent requires a display device for displaying, during operation, a menu of virtual basic shapes in a first portion of the display device, a menu of available virtual transducer probes in a second portion of the display device, a virtual ultrasound probe in a third portion of the display device, and a 2D image of a section of an object in a fourth portion of the display device, the object having a basic shape representing an abstraction of an anatomical part, wherein the input device controls movement of the virtual ultrasound probe on the display device.

311.    ScanTrainer does not include a display device that displays, during operation, a menu of virtual basic shapes in a first portion of the display device, a menu of available virtual transducer probes in a second portion of the display device, a virtual ultrasound probe in a third portion of the display device, and a 2D image of a section of an object in a fourth portion of the display device, the object having a basic shape representing an abstraction of an anatomical part, wherein the input device controls movement of the virtual ultrasound probe on the display device, as claimed.

*HeartWorks*

312.    Independent claim 1 of the '709 Patent requires an input device to control a position and an orientation of a virtual ultrasound probe, wherein the input device is in the form of a transducer frame, and the input device comprises a motion sensing device, the motion sensing

device configured to detect movement and orientation of the input device, wherein the motion sensing device comprises an accelerometer.

313. HeartWorks does not include a motion sensing device that comprises an accelerometer, as claimed.

314. Independent claim 1 of the '709 Patent requires a display device comprising a plurality of windows for displaying, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, and the virtual ultrasound probe in a third window.

315. HeartWorks does not include a display device that displays, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, and the virtual ultrasound probe in a third window, as claimed.

316. Independent claim 14 of the '709 Patent requires an input device to control a virtual ultrasound probe that lets the user define a position and an orientation of the virtual ultrasound probe, wherein the input device is in the form of a transducer frame that mimics a real ultrasound probe, and the input device comprises a motion sensing device, the motion sensing device configured to detect movement and orientation of the input device, wherein the motion sensing device comprises an accelerometer.

317. HeartWorks does not include a motion sensing device that comprises an accelerometer, as claimed.

318. Independent claim 14 of the '709 Patent requires a display device for displaying, during operation, a menu of virtual basic shapes in a first portion of the display device, a menu of available virtual transducer probes in a second portion of the display device, a virtual ultrasound probe in a third portion of the display device, and a 2D image of a section of an object in a fourth

portion of the display device, the object having a basic shape representing an abstraction of an anatomical part, wherein the input device controls movement of the virtual ultrasound probe on the display device.

319.    HeartWorks does not include a display device that displays, during operation, a menu of virtual basic shapes in a first portion of the display device, a menu of available virtual transducer probes in a second portion of the display device, a virtual ultrasound probe in a third portion of the display device, and a 2D image of a section of an object in a fourth portion of the display device, the object having a basic shape representing an abstraction of an anatomical part, wherein the input device controls movement of the virtual ultrasound probe on the display device, as claimed.

<u>*NeedleWorks*</u>

320.    Independent claim 1 of the '709 Patent requires an input device to control a position and an orientation of a virtual ultrasound probe, wherein the input device is in the form of a transducer frame, and the input device comprises a motion sensing device, the motion sensing device configured to detect movement and orientation of the input device, wherein the motion sensing device comprises an accelerometer.

321.    NeedleTrainer does not include a motion sensing device that comprises an accelerometer, as claimed.

322.    Independent claim 1 of the '709 Patent requires a display device comprising a plurality of windows for displaying, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, and the virtual ultrasound probe in a third window.

323. NeedleTrainer does not include a display device that displays, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, and the virtual ultrasound probe in a third window, as claimed.

324. Independent claim 1 of the '709 Patent requires receiving a selection of a basic shape for an object from the menu of virtual basic shapes, wherein the object represents an abstraction of an anatomical part.

325. NeedleTrainer features no basic shapes.

326. Independent claim 1 of the '709 Patent requires generating the basic shape of the object in the third window.

327. NeedleTrainer features no basic shapes.

328. Independent claim 14 of the '709 Patent requires an input device to control a virtual ultrasound probe that lets the user define a position and an orientation of the virtual ultrasound probe, wherein the input device is in the form of a transducer frame that mimics a real ultrasound probe, and the input device comprises a motion sensing device, the motion sensing device configured to detect movement and orientation of the input device, wherein the motion sensing device comprises an accelerometer.

329. NeedleTrainer uses a real ultrasound probe with a tracker attached to it, and, thus, does not use an input device in the form of a transducer frame that mimics a real ultrasound probe. Further, NeedleTrainer does not include a motion sensing device that comprises an accelerometer, as claimed.

330. Independent claim 14 of the '709 Patent requires a display device for displaying, during operation, a menu of virtual basic shapes in a first portion of the display device, a menu of available virtual transducer probes in a second portion of the display device, a virtual ultrasound

61

probe in a third portion of the display device, and a 2D image of a section of an object in a fourth portion of the display device, the object having a basic shape representing an abstraction of an anatomical part, wherein the input device controls movement of the virtual ultrasound probe on the display device.

331.    NeedleTrainer does not include a display device that displays, during operation, a menu of virtual basic shapes in a first portion of the display device, a menu of available virtual transducer probes in a second portion of the display device, a virtual ultrasound probe in a third portion of the display device, and a 2D image of a section of an object in a fourth portion of the display device, the object having a basic shape representing an abstraction of an anatomical part, wherein the input device controls movement of the virtual ultrasound probe on the display device, as claimed.

### *Ultrasound Mentor*

332.    Independent claim 1 of the '709 Patent requires an input device to control a position and an orientation of a virtual ultrasound probe, wherein the input device is in the form of a transducer frame, and the input device comprises a motion sensing device, the motion sensing device configured to detect movement and orientation of the input device, wherein the motion sensing device comprises an accelerometer.

333.    Ultrasound Mentor does not include a motion sensing device that comprises an accelerometer, as claimed.

334.    Independent claim 1 of the '709 Patent requires a display device comprising a plurality of windows for displaying, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, and the virtual ultrasound probe in a third window.

335. Ultrasound Mentor does not include a display device that displays, during operation, a menu of virtual basic shapes in a first window, a menu of available virtual transducer probes in a second window, and the virtual ultrasound probe in a third window, as claimed.

336. Independent claim 14 of the '709 Patent requires an input device to control a virtual ultrasound probe that lets the user define a position and an orientation of the virtual ultrasound probe, wherein the input device is in the form of a transducer frame that mimics a real ultrasound probe, and the input device comprises a motion sensing device, the motion sensing device configured to detect movement and orientation of the input device, wherein the motion sensing device comprises an accelerometer.

337. Ultrasound Mentor does not include a motion sensing device that comprises an accelerometer, as claimed.

338. Independent claim 14 of the '709 Patent requires a display device for displaying, during operation, a menu of virtual basic shapes in a first portion of the display device, a menu of available virtual transducer probes in a second portion of the display device, a virtual ultrasound probe in a third portion of the display device, and a 2D image of a section of an object in a fourth portion of the display device, the object having a basic shape representing an abstraction of an anatomical part, wherein the input device controls movement of the virtual ultrasound probe on the display device.

339. Ultrasound Mentor does not include a display device that displays, during operation, a menu of virtual basic shapes in a first portion of the display device, a menu of available virtual transducer probes in a second portion of the display device, a virtual ultrasound probe in a third portion of the display device, and a 2D image of a section of an object in a fourth portion of the display device, the object having a basic shape representing an abstraction of an anatomical

part, wherein the input device controls movement of the virtual ultrasound probe on the display device, as claimed.

*No Infringement of Any Claim of the '709 Patent by Any Accused Product*

340. Accordingly, at least for the above reasons, Surgical Science-branded Accused Products do not meet each and every limitation of any independent claim of the '709 Patent, and, thus, they do not infringe those claims either literally or under the doctrine of equivalents.

341. Each remaining claim of the '709 Patent depends, directly or indirectly, from those independent claims.

342. Because the Surgical Science-branded Accused Products do not infringe the independent claims, they likewise cannot infringe any claim depending from them, either literally or under the doctrine of equivalents.

343. Accordingly, the Surgical Science-branded Accused Products do not infringe any claim of the '709 Patent.

344. Surgical Science NA also has not and does not induce infringement of the '709 patent because there is no underlying direct infringement of any claim of the '709 patent for at least the reasons stated above, and also because Surgical Science NA has not acted with specific intent necessary for induced infringement.

345. Surgical Science NA also does not contributorily infringe the '709 patent because there is no underlying direct infringement of any claim of the '709 patent for at least the reasons stated above, and also because Surgical Science NA did not sell or offer to sell any products "knowing the same to be especially made or especially adapted for use in an infringement of [the '709] patent." 35 U.S.C. § 271(c).

346.     As set forth above, there exists an actual controversy between Surgical Science NA and SonoSim with respect to alleged infringement of the '709 patent of sufficient immediacy and reality to warrant issuance of a declaratory judgment as to whether Surgical Science NA infringes the '709 patent.  Accordingly, Surgical Science NA desires a judicial determination and declaration of the respective rights and duties of the Parties with respect to the '709 patent.

347.     Surgical Science NA is entitled to a judicial determination that Surgical Science NA does not directly infringe, induce others to infringe, or contribute to the infringement of any claim of the '709 patent.  A judicial determination is necessary and appropriate so that Surgical Science NA may ascertain its rights regarding the claims of the '709 patent.

## COUNT FIVE
## Declaratory Judgment of Non-Infringement of the '944 Patent

348.     Surgical Science NA repeats and realleges the allegations set forth in paragraphs 1 through 347 as if fully set forth herein.

349.     SonoSim has alleged that Surgical Science-branded Accused Products infringe one or more claims of the '944 patent.

350.     Surgical Science NA has not infringed and does not infringe any claim of the '944 Patent either directly or indirectly (contributorily or by inducement), literally or under the doctrine of equivalents. The Accused Products do not satisfy one or more elements of each independent claim of the '944 Patent. Specifically, by way of example and without limitation, the Accused Products do not include a processor configured to select the plurality of predetermined discrete anatomical regions, select the volumetric data sets from the volume library, and assign one of the volumetric data sets to one of the discrete anatomical regions, as required by independent claim 1, and they do not include visual tools configured to allow for altering a geometry of a virtual body, as required by independent claim 11.

351.   Independent claim 1 of the '944 patent recites the following:

1. A computer-based ultrasound simulation system, comprising:

a) a plurality of simulation cases derived from real-patient volumetric data sets from different patients, each simulation case comprising information regarding case histories and realistic sets of available actions;

b) a graphical user interface configured to display a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body;

c) a volume library stored on a server, the volume library comprising the volumetric data sets from the different patients for assigning to the plurality of discrete anatomical regions displayed on the virtual body to create the plurality of simulation cases; and

d) a processor configured to select the plurality of predetermined discrete anatomical regions, select the volumetric data sets from the volume library, and assign one of the volumetric data sets to one of the discrete anatomical regions, wherein
a first volumetric data set is assigned to a first predetermined discrete anatomical region in the virtual body and a second volumetric data set is assigned to a second predetermined discrete anatomical region in the virtual body, wherein the first volumetric data set is from a different patient than the second volumetric data set, and wherein the first volumetric data set is discontinuous from the second volumetric data set.

352.   Independent claim 11 of the '944 patent recites the following:

11. A computer-based ultrasound simulation system, comprising:

a) a plurality of simulation cases derived from real-patient volumetric data sets, each simulation case comprising information regarding case histories and realistic sets of available actions;

b) a graphical user interface displaying a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body;

c) a volume library stored on a server, the volume library comprising the volumetric data sets for assigning to the plurality of predetermined discrete anatomical regions to create the plurality of simulation cases;

66

d) alignment tools displayed on the graphical user interface for aligning each volumetric data sets within the virtual body, wherein the graphical user interface displays an item representing one of the volumetric data sets, the item selected from the group consisting of a representative snapshot, sections of the volumetric data, interactive visualizations, and a video clip for selecting the one of the volumetric data sets, wherein the video clip comprises an audio track to store a narration of the volumetric data sets, volumetric data sets are annotated with case histories;

e) an ultrasound training simulator to run an ultrasound simulation based on the plurality of simulation cases uploaded to the system;

f) a case authoring mode for adding medical data into the volume library, and a simulation mode for simulating an ultrasound based on the plurality of simulation cases, wherein the case authoring mode is configured to edit the information of the plurality of simulation cases;

g) visual tools configured to allow for selection of the virtual body and alter a geometry of the virtual body; and

h) a rule engine configured to check compatibility of each volumetric data for the virtual body selected to maintain anatomically plausible medical cases,

i) wherein a processor is configured to display the volume library, select a first discrete anatomical region from the plurality of predetermined discrete anatomical regions displayed on the virtual body, select a first volumetric data set from the volume library, assign the first volumetric data set to the first discrete anatomical region, wherein an appearance of the first discrete anatomical region changes when assigned the first volumetric data set, select a second discrete anatomical region, select a second volumetric data from the volume library, and assign the second volumetric data set to the second discrete anatomical region, wherein the first volumetric data set and the second volumetric data set are acquired from different patients, and wherein the first volumetric data set is discontinuous from the second volumetric data set.

### *BodyWorks Eve and BabyWorks*

353.     Independent claim 1 of the '944 Patent requires a processor configured to select the plurality of predetermined discrete anatomical regions, select the volumetric data sets from the volume library, and assign one of the volumetric data sets to one of the discrete anatomical regions.

354.     BodyWorks Eve and BabyWorks do not include a processor configured to select the plurality of predetermined discrete anatomical regions, select the volumetric data sets from the volume library, and assign one of the volumetric data sets to one of the discrete anatomical regions, wherein the input device controls movement of the virtual ultrasound probe on the display device, as claimed.

355.     Independent claim 1 of the '944 Patent requires that a first volumetric data set is assigned to a first predetermined discrete anatomical region in the virtual body and a second volumetric data set is assigned to a second predetermined discrete anatomical region in the virtual body, wherein the first volumetric data set is from a different patient than the second volumetric data set, and wherein the first volumetric data set is discontinuous from the second volumetric data set.

356.     BodyWorks Eve and BabyWorks do not include the ability to assign a first volumetric data set to a first predetermined discrete anatomical region in the virtual body and assign a second volumetric data set to a second predetermined discrete anatomical region in the virtual body, wherein the first volumetric data set is from a different patient than the second volumetric data set, and wherein the first volumetric data set is discontinuous from the second volumetric data set, as claimed.

357.     Independent claim 11 of the '944 Patent requires alignment tools displayed on the graphical user interface for aligning each volumetric data sets within the virtual body, wherein the graphical user interface displays an item representing one of the volumetric data sets, the item

selected from the group consisting of a representative snapshot, sections of the volumetric data, interactive visualizations, and a video clip for selecting the one of the volumetric data sets, wherein the video clip comprises an audio track to store a narration of the volumetric data sets, volumetric data sets are annotated with case histories.

358.    In BodyWorks Eve and BabyWorks, it is not possible to move or align volumetric datasets. BodyWorks Eve and BabyWorks also do not have video clips associated with any volumetric data sets.

359.    Independent claim 11 of the '944 Patent requires visual tools configured to allow for selection of the virtual body and alter a geometry of the virtual body.

360.    BodyWorks Eve and BabyWorks do not include visual tools configured to allow for selection of the virtual body and alter a geometry of the virtual body, as claimed.

*ScanTrainer*

361.    Independent claim 1 of the '944 Patent requires a graphical user interface configured to display a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body.

362.    ScanTrainer does not include a graphical user interface configured to display a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body, as claimed.

363.    Independent claim 1 of the '944 Patent requires a processor configured to select the plurality of predetermined discrete anatomical regions, select the volumetric data sets from the volume library, and assign one of the volumetric data sets to one of the discrete anatomical regions.

364.    ScanTrainer does not include a processor configured to select the plurality of predetermined discrete anatomical regions, select the volumetric data sets from the volume library,

and assign one of the volumetric data sets to one of the discrete anatomical regions, wherein the input device controls movement of the virtual ultrasound probe on the display device, as claimed.

365.    Independent claim 1 of the '944 Patent requires that a first volumetric data set is assigned to a first predetermined discrete anatomical region in the virtual body and a second volumetric data set is assigned to a second predetermined discrete anatomical region in the virtual body, wherein the first volumetric data set is from a different patient than the second volumetric data set, and wherein the first volumetric data set is discontinuous from the second volumetric data set.

366.    ScanTrainer does not include a first volumetric data set assigned to a first predetermined discrete anatomical region in the virtual body and a second volumetric data set assigned to a second predetermined discrete anatomical region in the virtual body, wherein the first volumetric data set is from a different patient than the second volumetric data set, and wherein the first volumetric data set is discontinuous from the second volumetric data set.

367.    Independent claim 11 of the '944 Patent requires a graphical user interface displaying a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body.

368.    ScanTrainer does not include a graphical user interface displaying a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body, as claimed.

369.    Independent claim 11 of the '944 Patent requires visual tools configured to allow for selection of the virtual body and alter a geometry of the virtual body.

370.    ScanTrainer does not include visual tools configured to allow for altering the geometry of a selected body.

70

*HeartWorks*

371.    Independent claim 1 of the '944 Patent requires a graphical user interface configured to display a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body.

372.    Heartworks does not include a graphical user interface configured to display a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body, as claimed.

373.    Independent claim 1 of the '944 Patent requires a processor configured to select the plurality of predetermined discrete anatomical regions, select the volumetric data sets from the volume library, and assign one of the volumetric data sets to one of the discrete anatomical regions.

374.    HeartWorks does not include a processor configured to select the plurality of predetermined discrete anatomical regions, select the volumetric data sets from the volume library, and assign one of the volumetric data sets to one of the discrete anatomical regions, wherein the input device controls movement of the virtual ultrasound probe on the display device, as claimed.

375.    Independent claim 1 of the '944 Patent requires that a first volumetric data set is assigned to a first predetermined discrete anatomical region in the virtual body and a second volumetric data set is assigned to a second predetermined discrete anatomical region in the virtual body, wherein the first volumetric data set is from a different patient than the second volumetric data set, and wherein the first volumetric data set is discontinuous from the second volumetric data set.

376.    HeartWorks does not include a first volumetric data set assigned to a first predetermined discrete anatomical region in the virtual body and a second volumetric data set assigned to a second predetermined discrete anatomical region in the virtual body, wherein the

71

first volumetric data set is from a different patient than the second volumetric data set, and wherein the first volumetric data set is discontinuous from the second volumetric data set.

377.    Independent claim 11 of the '944 Patent requires a graphical user interface displaying a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body.

378.    Heartworks does not include a graphical user interface displaying a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body, as claimed.

379.    Independent claim 11 of the '944 Patent requires visual tools configured to allow for selection of the virtual body and alter a geometry of the virtual body.

380.    HeartWorks does not include visual tools configured to allow for altering a geometry of the virtual body, as claimed.

### *NeedleTrainer*

381.    Independent claim 1 of the '944 Patent requires a plurality of simulation cases derived from real-patient volumetric data sets from different patients, each simulation case comprising information regarding case histories and realistic sets of available actions.

382.    NeedleTrainer does not use volumetric datasets. Needletrainer also does not comprise of any cases including information regarding case histories.

383.    Independent claim 1 of the '944 Patent requires a volume library stored on a server, the volume library comprising the volumetric data sets from the different patients for assigning to the plurality of discrete anatomical regions displayed on the virtual body to create the plurality of simulation cases.

384.     NeedleTrainer does not utilize volumes, only videos. These videos cannot be assigned to anatomical regions, rather their assignment is pre-configured in the software and is immutable.

385.     Independent claim 1 of the '944 Patent requires a processor configured to select the plurality of predetermined discrete anatomical regions, select the volumetric data sets from the volume library, and assign one of the volumetric data sets to one of the discrete anatomical regions.

386.     NeedleTrainer does not include a processor configured to select the plurality of predetermined discrete anatomical regions, select the volumetric data sets from the volume library, and assign one of the volumetric data sets to one of the discrete anatomical regions, wherein the input device controls movement of the virtual ultrasound probe on the display device, as claimed.

387.     Claim 1 of the '944 Patent requires that a first volumetric data set is assigned to a first predetermined discrete anatomical region in the virtual body and a second volumetric data set is assigned to a second predetermined discrete anatomical region in the virtual body, wherein the first volumetric data set is from a different patient than the second volumetric data set, and wherein the first volumetric data set is discontinuous from the second volumetric data set.

388.     NeedleTrainer does not include volumetric datasets, let alone a first volumetric data set assigned to a first predetermined discrete anatomical region in the virtual body and a second volumetric data set assigned to a second predetermined discrete anatomical region in the virtual body, wherein the first volumetric data set is from a different patient than the second volumetric data set, and wherein the first volumetric data set is discontinuous from the second volumetric data set.

389.    Independent claim 11 of the '944 Patent requires a plurality of simulation cases derived from real-patient volumetric data sets, each simulation case comprising information regarding case histories and realistic sets of available actions.

390.    NeedleTrainer does not utilize volumetric data sets, or cases comprising information regarding case histories.

391.    Independent claim 11 of the '944 Patent requires a volume library stored on a server, the volume library comprising the volumetric data sets for assigning to the plurality of predetermined discrete anatomical regions to create the plurality of simulation cases.

392.    NeedleTrainer does not feature a volume library.

393.    Independent claim 11 of the '944 Patent requires a case authoring mode for adding medical data into the volume library, and a simulation mode for simulating an ultrasound based on the plurality of simulation cases, wherein the case authoring mode is configured to edit the information of the plurality of simulation cases.

394.    NeedleTrainer is not capable of adding medical data into any sort of library.

395.    Independent claim 11 of the '944 Patent requires visual tools configured to allow for selection of the virtual body and alter a geometry of the virtual body.

396.    NeedleTrainer does not include visual tools configured to allow for selection of the virtual body and alter a geometry of the virtual body, as claimed.

*Ultrasound Mentor*

397.    Independent claim 1 of the '944 Patent requires a graphical user interface configured to display a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body.

398.    While Ultrasound Mentor displays a manikin, it does not display a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body, as claimed.

399.    Independent claim 1 of the '944 Patent requires a processor configured to select the plurality of predetermined discrete anatomical regions, select the volumetric data sets from the volume library, and assign one of the volumetric data sets to one of the discrete anatomical regions.

400.    Ultrasound Mentor does not include a processor configured to select the plurality of predetermined discrete anatomical regions, select the volumetric data sets from the volume library, and assign one of the volumetric data sets to one of the discrete anatomical regions, wherein the input device controls movement of the virtual ultrasound probe on the display device, as claimed.

401.    Independent claim 1 of the '944 Patent requires that a first volumetric data set is assigned to a first predetermined discrete anatomical region in the virtual body and a second volumetric data set is assigned to a second predetermined discrete anatomical region in the virtual body, wherein the first volumetric data set is from a different patient than the second volumetric data set, and wherein the first volumetric data set is discontinuous from the second volumetric data set.

402.    Ultrasound Mentor does not include a first volumetric data set assigned to a first predetermined discrete anatomical region in the virtual body and a second volumetric data set assigned to a second predetermined discrete anatomical region in the virtual body, wherein the first volumetric data set is from a different patient than the second volumetric data set, and wherein the first volumetric data set is discontinuous from the second volumetric data set.

403.    Independent claim 11 of the '944 Patent requires a graphical user interface configured to display a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body.

404.    While Ultrasound Mentor displays a manikin, it does not display a virtual body, the virtual body comprising a plurality of predetermined discrete anatomical regions displayed on the virtual body, as claimed.

405.    Independent claim 11 of the '944 Patent requires visual tools configured to allow for selection of the virtual body and alter a geometry of the virtual body.

406.    Ultrasound Mentor does not include visual tools configured to allow for selection of the virtual body and alter a geometry of the virtual body, as claimed.

*No Infringement of Any Claim of the '944 Patent by Any Accused Product*

407.    Accordingly, at least for the above reasons, Surgical Science-branded Accused Products do not meet each and every limitation of any independent claim of the '944 Patent, and, thus, they do not infringe those claims either literally or under the doctrine of equivalents.

408.    Each remaining claim of the '944 Patent depends, directly or indirectly, from those independent claims.

409.    Because the Surgical Science-branded Accused Products do not infringe the independent claims, they likewise cannot infringe any claim depending from them, either literally or under the doctrine of equivalents.

410.    Accordingly, the Surgical Science-branded Accused Products do not infringe any claim of the '944 Patent.

411.    Surgical Science NA also has not and does not induce infringement of the '944 patent because there is no underlying direct infringement of any claim of the '944 patent for at

least the reasons stated above, and also because Surgical Science NA has not acted with specific intent necessary for induced infringement.

412.    Surgical Science NA also does not contributorily infringe the '944 patent because there is no underlying direct infringement of any claim of the '944 patent for at least the reasons stated above, and also because Surgical Science NA did not sell or offer to sell any products "knowing the same to be especially made or especially adapted for use in an infringement of [the '944] patent."  35 U.S.C. § 271(c).

413.    As set forth above, there exists an actual controversy between Surgical Science NA and SonoSim with respect to alleged infringement of the '944 patent of sufficient immediacy and reality to warrant issuance of a declaratory judgment as to whether Surgical Science NA infringes the '944 patent.  Accordingly, Surgical Science NA desires a judicial determination and declaration of the respective rights and duties of the Parties with respect to the '944 patent.

414.    Surgical Science NA is entitled to a judicial determination that Surgical Science NA does not directly infringe, induce others to infringe, or contribute to the infringement of any claim of the '944 patent.  A judicial determination is necessary and appropriate so that Surgical Science NA may ascertain its rights regarding the claims of the '944 patent.

**REQUESTED RELIEF**

WHEREFORE, Surgical Science NA respectfully requests that this Court enter judgment in its favor and against SonoSim and award the following relief:

A.      That the Court enter a judgment declaration that Surgical Science NA has not infringed and does not infringe any claim of U.S. Patent Nos. 8,297,983, 8,480,404, 9,870,721, 11,120,709, and 11,627,944, either directly or indirectly;

B.      That the Court declare this case exceptional under 35 U.S.C. § 285 due to Defendant's unsupported allegations of infringement and award Surgical Science NA its reasonable attorneys' fees, costs, and expenses incurred in defending against these claims;

C.      That the Court award Surgical Science NA any and all other relief to which Surgical Science NA may show itself to be entitled; and

D.      That the Court award Surgical Science NA any other relief as the Court may deem just, equitable, and proper.

**JURY DEMAND**

Surgical Science NA demands a trial by jury on all issues so triable.

Dated: March 9, 2026

Respectfully submitted,

/s/ Philip R. Bautista
Philip R. Bautista (0073272)
pbautista@taftlaw.com
JoZeff W. Gebolys (0093507)
jgebolys@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114
Ph: (216) 241-2838
Fax: (216) 241-3707

*and*

Michael A. Dorfman (seeking admission pro hac vice)
mdorfman@barclaydamon.com
Barclay Damon LLP
1742 N. Street N.W.
Washington DC 20036
Ph: (202) 689-1906
Fax: (202) 689-1901

Douglas J. Nash (seeking admission pro hac vice)
dnash@barclaydamon.com
John D. Cook (seeking admission pro hac vice)
jcook@barclaydamon.com
Barclay Damon LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Ph: (315) 425-2700
Fax: (315) 703-7353

Naresh K. Kannan (seeking admission pro hac vice)
nkannan@barclaydamon.com
Barclay Damon LLP
80 State Street
Albany, New York 12207
Ph: (518) 429-4200
Fax: (518) 427-3499

*Attorneys for Plaintiff Surgical Science North America*