# EXHIBIT A

## SETTLEMENT AND PATENT LICENSE AGREEMENT

This SETTLEMENT AND PATENT LICENSE AGREEMENT (this "Agreement") is entered into as of the Effective Date (as defined below) between (1) The Regents of the University of California (the "Regents"), a California corporation having its statewide administrative offices in Oakland. California, and acting through its Office of Intellectual Property and Industry Sponsored Research/UCLA Office of Intellectual Property, having its office in Los Angeles, California; and SonoSim, Inc. ("SonoSim"), a California corporation having a principal place of business in Santa Monica, California, on the one hand (hereinafter collectively "Plaintiffs") and, on the other hand, (2) MedaPhor Limited, a corporation of the United Kingdom, having a principal place of business in Cardiff, Wales, United Kingdom; and MedaPhor North America, Inc., a Delaware corporation having a principal place of business in San Diego, California (hereinafter collectively "MedaPhor").  Plaintiffs and MedaPhor are referred to in this Agreement collectively as the "Parties" and individually as a "Party."

WHEREAS, the Regents is the owner of all right, title, and interest in U.S. Patent Nos. 8,480,404 (the '404 Patent) and 8,297,983 (the '983 Patent) (collectively the patents-in-suit); and SonoSim is the exclusive licensee of the patents-in-suit with the right to bring a patent infringement suit against accused infringers of the patents-in-suit;

WHEREAS, Plaintiffs filed suit in the United States District Court for Central District of California, Case No. 2:16-cv-2847, against MedaPhor for, among other things, alleged infringement of the '404 Patent and MedaPhor has answered and asserted counterclaims against Plaintiffs for, among other things, declaratory relief of non-infringement and invalidity of the patents-in-suit (the "Lawsuit");



1.

1.1

HIGHLY CONFIDENTIAL





1.4    "**Covered Product**" means MedaPhor's currently available products and any products that have no material alterations from that configuration. For the avoidance of doubt regarding what constitutes the current products, attached as Exhibit A is a list of the most recent software versions and the current list of modules and related functionality. However, this is not a restraint on MedaPhor's ability to Dispose of products in the United States that are not covered by Plaintiffs' Patents.



1.7    "**Licensed Patents**" means the Patents-in-Suit and patent claims of any other Patents or patent applications owned by, licensable by or controlled by SonoSim, or any Affiliates of SonoSim, whether now owned or acquired in the future, including any reissues, reexaminations, continuations, continuations-in-part, divisionals, pending applications and/or foreign counterparts claiming priority to any of such Patents or to any application filed with respect thereto or to which such Patents claim priority, and wherein said patent claims are fully supported by the specification of the patents-in-suit.

1.8    "**Licensed Products**" means any Covered Product that is Disposed of by MedaPhor or any Person Controlling or Controlled By MedaPhor.

2

HIGHLY CONFIDENTIAL



2.1 **License.** Subject to the terms and conditions of this Agreement, SonoSim, on behalf of itself and all its Affiliates, successors and assigns, hereby grants MedaPhor and its Affiliates, and its and their customers, end users, and resellers (with respect to the customers', end users, and resellers' use, advertising, sale, offer for sale, lease, provision, distribution, otherwise practice or have practiced, import and/or export of Licensed Products), and vendors and suppliers (with respect to the vendors' and suppliers' provision, making or having made, sale or offering for sale or distribution, otherwise practice or have practiced, lease, import or export of products and/or services that become part of the Licensed Products), an irrevocable, worldwide, non-exclusive, non-transferable (except as permitted by Section 6.1), perpetual, fully paid-up license for the Term for the Licensed Patents for the Covered Products.

2.2 **Change of Control.** In the event that, after the Effective Date, MedaPhor and/or any of its Affiliates is acquired or otherwise comes under the Control of a Third Party, the License shall remain in force with respect to the MedaPhor or Affiliate entity that is acquired and its continuing business as merged with that of the Third Party, but will not extend to the Third Party for business not associated with that of the MedaPhor or Affiliate entity that is acquired.

3  HIGHLY CONFIDENTIAL





HIGHLY CONFIDENTIAL



5.1    **Term.** The License granted under this Agreement is effective as of the Effective Date and continues until the expiration of the last surviving claim of the Licensed Patents.



6

HIGHLY CONFIDENTIAL



**8.1** **Governing Law, Jurisdiction and Venue.** This Agreement shall be governed by, interpreted and construed in accordance with the laws of the State of California, without reference to conflicts of laws principles.  The exclusive jurisdiction for any court action or proceeding arising out of or related to this

7                                                    HIGHLY CONFIDENTIAL

Agreement shall be the Central District Court of California and each Party hereby consents to the jurisdiction of such court.



8.6     **Severability.** If any provision of this Agreement shall be determined to be invalid, illegal or unenforceable under any controlling body of law, that provision shall be reformed, construed and enforced to the maximum extent permissible; and the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

8

HIGHLY CONFIDENTIAL



**8.11    Disputes**. The Parties agree to request the Court upon filing of the stipulation of dismissal to retain jurisdiction to resolve any disputes under this Agreement.  If a dispute arises out of or relates to this Agreement, or the breach thereof including, but not limited to, any dispute regarding the scope of Covered Products, Licensed Products and/or Licensed Patents, the parties will attempt in good faith to resolve any such dispute.  A Party alleged to be in breach shall have thirty (30) days from receiving written notice of the breach to cure the breach; otherwise, the Party alleging the breach shall be entitled to pursue all rights and remedies available to it in law and equity ("cure period").  Unless litigation is commenced, it is the intention of the parties that they will not communicate to any third party including, but not limited to, customers of either party, the nature of any such dispute.

**IN WITNESS WHEREOF,** the Parties do hereby execute this Settlement and Patent License Agreement by duly authorized officials as of the Effective Date:

**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (THE "REGENTS")**

By: _____

Name: ___Rita Hao___

Title:    Senior counsel

Date:      1/25/17

9                                         HIGHLY CONFIDENTIAL

**SONOSIM, INC.**

By: 

Name: Eric Savitsky

Title:  SonoSim CEO

Date: January 24th, 2017

*Kiran Sutton Bartoll*

*SonoSim COO*

*January 24, 2017*

**MEDAPHOR LIMITED**

By: _____

Name: _____

Title

Date:

**MEDAPHOR NORTH AMERICA**

By: _____

Name: _____

Title

Date:

10

HIGHLY CONFIDENTIAL



**SONOSIM, INC.**

By: _____

Name: _____

Title:

Date:

**MEDAPHOR LIMITED**

By: _____

Name: STUART GALL

Title CEO

Date: 1/24/17.

**MEDAPHOR NORTH AMERICA**

By: _____

Name: RICCARDO PIGLIUCEI

Title DIRECTOR

Date: 1/24/17

10                    HIGHLY CONFIDENTIAL





30000708v1















