# EXHIBIT E

# EXCLUSIVE LICENSE

## BETWEEN

## THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

## AND

## SONOSIM, INC.

## FOR

## UC CASE NO2005-365

## "Ultrasound-guided procedural training using emerging technologies"

32

Attorney's Eyes Only Subject to Protective Order



33

Attorney's Eyes Only Subject to Protective Order.



34

Attorney's Eyes Only Subject to Protective Order

# EXCLUSIVE LICENSE AGREEMENT

This Exclusive License Agreement and the attached **Appendix A** (collectively, the "**Agreement**") is made and is effective this **18th** day of **May, 2011** (the "**Effective Date**") between THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ("**The Regents**"), a California corporation having its corporate offices located at 1111 Franklin Street, Oakland, California 94607-5200, acting through The Office of Intellectual Property and Industry Sponsored Research of the University of California, Los Angeles, located at 11000 Kinross Avenue, Suite 200, Los Angeles, CA 90095-1406, and SonoSim, Inc. ("**Licensee**"), a California corporation having a principal place of business at 3030 Nebraska Avenue, Suite 301B, Santa Monica, CA 90404.

## RECITALS

WHEREAS, a certain invention, generally characterized as

1. "**Ultrasound-guided procedural training using emerging technologies**" (UCLA Case No.



1

Attorney's Eyes Only Subject to Protective Order



1.6　　"**Field of Use**" means all fields.

Attorney's Eyes Only Subject to Protective Order



1.14 **"Regents' Patent Rights"** means The Regents' interest in any of the patent applications and patents listed in **Appendix A** attached to this Agreement and assigned to The Regents (UCLA Case No. 2005-365); any continuing applications thereof including divisions; but excluding continuations-in-part except to the extent of claims entirely supported in the specification and entitled to the priority date of the parent application; any patents issuing on these applications including reissues, substitutions, and patent extensions; and any corresponding foreign patents, patent applications and supplemental protection certificates; all of which will be automatically incorporated in and added to Appendix A and made a part of this Agreement.

3

Attorney's Eyes Only Subject to Protective Order



## 2.  GRANT

2.1  Subject to the limitations set forth in this Agreement, The Regents hereby grants to Licensee an exclusive license (the "**License**") under Regents' Patent Rights, in jurisdictions where Regents' Patent Rights exist, to make, have made, use, sell, offer for sale and import Licensed Products and to practice Licensed Methods in the Field of Use to the extent permitted by law.  Licensee will not make, use, have made, sell, offer for sale, or import Licensed Products outside the Field of Use.  For the avoidance of doubt, Affiliates and Joint Ventures have no rights hereunder unless granted a Sublicense.

2.2  The License is subject to all the applicable provisions of any license to the United States Government executed by The Regents and is subject to any overriding obligations to the United States Federal Government under 35 U.S.C. §§200-212, applicable governmental implementing regulations, and the U.S. Government sponsored research agreement or other guidelines.

2.3  The Regents expressly reserves the right to: (a) use Regents' Patent Rights and associated technology for educational and research purposes, clinical research, and research sponsored by commercial entities, (b) publicly disclose research results, and (c) allow other non-profit research institutions to use Regents' Patent Rights and associated technology for the same purposes as (a) and (b).

4

Attorney's Eyes Only Subject to Protective Order



5

Attorney's Eyes Only Subject to Protective Order



## 5.  ROYALTIES

5.1    Licensee must pay to The Regents for sales by Licensee and Sublicensees an earned royalty at the rate of ████████████████████████████ ("Earned Royalty"); ████████

██████████████████████████████████████████████████████

6

Attorney's Eyes Only Subject to Protective Order



Attorney's Eyes Only Subject to Protective Order



8

Attorney's Eyes Only Subject to Protective Order



9

Attorney's Eyes Only Subject to Protective Order



## 8.  PATENT INFRINGEMENT

8.1 In the event that The Regents (to the extent of the actual knowledge of the licensing professional responsible for the administration of this Agreement) or Licensee learns of infringement of potential commercial significance of any patent licensed under this Agreement, the knowledgeable party will provide the other (i) with written notice of such infringement and (ii) with any evidence of such infringement available to it (the "**Infringement Notice**"). During the period in which, and in the jurisdiction where, Licensee has exclusive rights under this Agreement, neither The Regents nor Licensee will notify a third party (including the infringer) of infringement or put such third party on notice of the existence of any Regents' Patent Rights without first obtaining the written consent of the other. If Licensee puts such infringer on notice of the existence of any Regents' Patent Rights with respect to such infringement without first obtaining the written consent of The Regents and if a declaratory judgment action is filed by such infringer against The Regents, then Licensee's right to initiate a suit against such infringer for infringement under Paragraph 8.2 below will terminate immediately without the obligation of The Regents to provide notice to Licensee.  Both The Regents and Licensee will use their diligent efforts to cooperate with each other to terminate such infringement without litigation.

8.2 If infringing activity of potential commercial significance by the infringer has not been abated within ninety (90) days following the date the Infringement Notice takes effect, then Licensee may institute suit for patent infringement against the infringer. The Regents may voluntarily join such suit at its own expense, but may not thereafter commence suit against the infringer for the acts of infringement that are the subject of Licensee's suit or any judgment rendered in the suit. Licensee may not join The Regents in a suit initiated by Licensee without The Regents' prior written consent. If, in a suit initiated by Licensee, The Regents is involuntarily joined other than by Licensee, then Licensee will pay any costs incurred by The Regents arising out of such suit, including but not limited to, any legal fees of counsel that The Regents selects and retains to represent it in the suit.

8.3 If, within one hundred and twenty (120) days following the date the Infringement Notice takes effect, infringing activity of potential commercial significance by the infringer has not been abated and if Licensee has not brought suit against the infringer, then The Regents may institute suit for patent infringement against the infringer. If The Regents institutes such suit, then

10

Attorney's Eyes Only Subject to Protective Order

Licensee may not join such suit without The Regents' consent and may not thereafter commence suit against the infringer for acts of infringement that are subject to The Regents' suit or any judgment rendered in that suit.

8.4     Any recovery or settlement received in connection with any suit will first be shared by The Regents and Licensee equally to cover any litigation costs each incurred and next shall be paid to The Regents or Licensee to cover any litigation costs it incurred in excess of the litigation costs of the other. In any suit initiated by Licensee, any recovery in excess of litigation costs will be shared between Licensee and The Regents as follows:



In any suit initiated by The Regents, any recovery in excess of litigation costs will belong to The Regents. The Regents and Licensee agree to be bound by all final and non-appealable determinations of patent infringement, validity and enforceability (but no other issue) resolved by any adjudicated judgment in a suit brought in compliance with this Article 8 (PATENT INFRINGEMENT).

8.5     Any agreement made by Licensee for purposes of settling litigation or other dispute shall comply with the requirements of Article 3 (SUBLICENSES) of this Agreement.

8.6     Each party will cooperate with the other in litigation proceedings instituted hereunder but at the expense of the party who initiated the suit (unless such suit is being jointly prosecuted by the parties).

8.7     Any litigation proceedings will be controlled by the party bringing the suit, except that The Regents may be represented by counsel of its choice in any suit brought by Licensee.



11

Attorney's Eyes Only Subject to Protective Order



12

Attorney's Eyes Only Subject to Protective Order



## 12.   TERMINATION BY THE REGENTS

12.1   If Licensee violates or fails to perform any material term of this Agreement, then The Regents may give written notice of the default ("**Notice of Default**") to Licensee.  If Licensee does not repair the default within sixty (60) days after the effective date of the Notice of Default ("**Period to Cure**"), then The Regents has the right to terminate this Agreement and the License by a second written notice ("**Notice of Termination**") to Licensee.  If The Regents sends a Notice of

13

Attorney's Eyes Only Subject to Protective Order

Termination to Licensee, then this Agreement automatically terminates on the effective date of this notice. Termination does not relieve Licensee of its obligation to pay any monies owed at the time of the Termination Effective Date, and does not impair any accrued right of The Regents.



14

Attorney's Eyes Only Subject to Protective Order



15

Attorney's Eyes Only Subject to Protective Order



16

Attorney's Eyes Only Subject to Protective Order



17

Attorney's Eyes Only Subject to Protective Order



## 21.   ASSIGNABILITY

21.1   **Consent to Assign**
This Agreement is binding upon and inures to the benefit of The Regents, its successors and assignees.  This Agreement is personal to Licensee and assignable by Licensee only with the prior written consent of The Regents.

18

Attorney's Eyes Only Subject to Protective Order



19

Attorney's Eyes Only Subject to Protective Order



20

Attorney's Eyes Only Subject to Protective Order



21

Attorney's Eyes Only Subject to Protective Order



22

Attorney's Eyes Only Subject to Protective Order

SonoSim, Inc.                                    **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**

By _____                      By _____
      *Signature*                                             *Signature*

Name: _Korsw Simson DeJoll_ Name: ___Claire T. Wake, Ph.D.___

Title: _Chief Operating Officer_ Title: ___Assistant Director of Licensing___

Date: _6/10/2011_                               Date: ___June 9, 2011___

23

Attorney's Eyes Only Subject to Protective Order

## APPENDIX A

### REGENTS' PATENT RIGHTS

**UCLA Case No. 2005-365**

U.S. Provisional Patent Application No. 60/631,488 (EXPIRED)
Title: "*Ultrasound-guided procedural training using emerging technologies*"
Filing Date: 11/30/2004
Inventors: Eric Savitsky

International Patent Application No. PCT/US05/43155  (EXPIRED)
Title: "*Multimodal medical procedure training system*"
Filing Date: 11/30/2005
Inventors: Eric Savitsky
Assigned to The Regents

US Patent Application No. 11/720,515
Title: "*Multimodal medical procedure training system*"
Filing Date: 11/30/2005
Inventors: Eric Savitsky
Assigned to The Regents

Attorney's Eyes Only Subject to Protective Order